MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Gentry** _____ JAD/TPA/**CMB**/GLT

Case Number: **17-22992**

Date of Meeting: **9/25/17**    Recording # **9**

Debtor(s) present **✓** or Not Present _____ (__No Payments Made or __ partial payments)

Attorney for debtor(s) **Patterson** (Present **✓** or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs **✓** 5 yrs

*2016 tax return on extension*

*Need resolution of Toyota objections*

[FILED 2017 SEP 27 P 2:19 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

_____ Meeting HELD and CONCLUDED     *2016 tax return*
**✓** Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                        _____ Order to Show Cause Requested
                        _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    **✓** 341 Meeting    OR  **✓** Conciliation Conf. OR __ *Contested Hearing
    On **10-19-17** at **9:00** am/pm Location **3251 USSteel**

_____
Chapter 13 Trustee/Attorney for Trustee