Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Randall W. Gentry
Barbara H. Gentry**
  Debtor(s)

Bankruptcy Case No.: 17–22992–CMB
Issued Per Oct. 19, 2017 Proceeding
Chapter: 13
Docket No.: 29 – 15
Concil. Conf.: February 22, 2018 at 09:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 17, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Feb. 22, 2018 at 09:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Toyota Motor Credit at Claim No. 2 and Claim No. 3 .

- ☑ H. Additional Terms: The claim of Toyota Motor Credit preserves its objection to final confirmation.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: October 25, 2017

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-22992-CMB
Randall W. Gentry                                                       Chapter 13
Barbara H. Gentry
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                    Page 1 of 3                   Date Rcvd: Oct 25, 2017
                               Form ID: 149                  Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db            +Randall W. Gentry,   1400 Main Street,   Apt. 401,   Canonsburg, PA 15317-6802
jdb            Barbara H. Gentry,   10935 Bristol Bay Drive,   Apt 202,   Bradenton, FL 34209-7707
14664662       1400 Main at Southpointe,   1400 Main St,   Canonsburg, PA 15317-6800
14664664       American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
14703794       American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern PA 19355-0701
14664665       Amex,   Correspondence,   PO Box 981540,   El Paso, TX 79998-1540
14664668      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998-2238)
14664669      #Bank of America,   NC4-105-03-14,   PO Box 26012,   Greensboro, NC 27420-6012
14664670       Bank of America, N.A,   4909 Savarese Cir,   Tampa, FL 33634-2413
14664672       Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
14664671       Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
14692283      +CarMax Business Services LLC,   225 Chastain Meadows Court,   Kennesaw, GA 30144-5897
14664674      +Carmax Auto Finance,   12800 Tuckahoe Creek Pkwy,   Richmond, VA 23238-1124
14664675       Carmax Auto Finance,   PO Box 440609,   Kennesaw, GA 30160-9511
14664677       Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
14664676       Chase Card,   Attn: Correspondence Dept,   PO Box 15298,   Wilmington, DE 19850-5298
14664678       Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,   PO Box 790040S,   Louis, MO 63129
14664680       Citicards Cbna,   PO Box 6241,   Sioux Falls, SD 57117-6241
14664679       Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   PO Box 790040,
                Saint Louis, MO 63179-0040
14664682      +Citizens Bank,   Attn: Bankruptcy,   443 Jefferson Blvd MSC RJW-135,   Warwick, RI 02886-1321
14664681      +Citizens Bank,   130 S Broad St,   New Tazewell, TN 37825-7507
14664683       Citizens One Auto Fin,   480 Jefferson Blvd,   Warwick, RI 02886-1359
14664684      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,   Attn: Bankruptcy,   PO Box 81577,
                Austin, TX 78708-1577)
14664685       Dfs/webbank,   PO Box 81607,   Austin, TX 78708-1607
14664686       Dillards Card Srvs/Wells Fargo Bank NA,   PO Box 10347,   Des Moines, IA 50306-0347
14664689       Fia Cs,   PO Box 982238,   El Paso, TX 79998-2238
14664690       First Bank Puerto Rico,   Attn: Bankruptcy,   9795 S Dixie Hwy,   Pinecrest, FL 33156-2806
14678323       Genesis Ruiz, Property Manager,   11001 Bristol Bay Dr,   Bradenton, FL 34209-7900
14678324       Goldenvalley Lending,   635 E State Highway 20,   Upper Lake, CA 95485-8793
14664691       Granite State Management & Resources,   PO Box 3420,   Concord, NH 03302-3420
14664696       M&T Credit Services,   1100 Worley Dr,   Williamsville, NY 14221
14664699       MOHELA,   Attn: Bankruptcy,   633 Spirit Dr,   Chesterfield, MO 63005-1243
14666634      +MOHELA on behalf of SoFi,   633 Spirit Drive,   Chesterfield, MO 63005-1243
14664697       Macy's/dsnb,   PO Box 8218,   Mason, OH 45040-8218
14664698       Missouri Higher Educ,   633 Spirit Dr,   Chesterfield, MO 63005-1243
14664700       Mohela/Dept of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
14678325       MoneyLion, Inc.,   PO Box 1547,   Sandy, UT 84091-1547
14664702       New Hampshire Higher Ed/Granite State Mg,   Attn: Bnakruptcy,   4 Barrell Ct,
                Concord, NH 03301-8543
14664707       Regions Bank DBA Reg,   PO Box 110,   Hattiesburg, MS 39403-0110
14664714       Sofi Lending Corp,   375 Healdsburg Ave Ste 2,   Healdsburg, CA 95448-4150
14664713       Sofi Lending Corp,   375 Healdsburg Ave Ste 280,   Healdsburg, CA 95448-4151
14664715       Suntrust Bank,   700 E Hill Ave,   Knoxville, TN 37997-6000
14664716       Suntrust Bk,   Attn:Bankruptcy Dept,   PO Box 85092,   Richmond, VA 23285-5092
14664723      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   Toyota Financial Services,
                PO Box 8026,   Cedar Rapids, IA 52408-8026)
14664724       Toyota Motor Credit,   1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
14664725       Toyota Motor Credit Co,   810 Crescent Centre Dr,   Franklin, TN 37067-6222
14685751      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14664727       U S Department of Ed,   PO Box 5609,   Greenville, TX 75403-5609
14664728      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bancorp,   PO Box 5227,   Cincinnati, OH 45201-5227)
14664732       US Dept of Education,   Attn: Bankruptcy,   PO Box 16448,   Saint Paul, MN 55116-0448
14664733       Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   PO Box 8053,
                Mason, OH 45040-8053
14664734       Wells Fargo Auto Finan,   PO Box 29704,   Phoenix, AZ 85038-9704
14664735       Wells Fargo Auto Finance,   Attn: Bankruptcy,   PO Box 29704,   Phoenix, AZ 85038-9704
14664736       Wells Fargo Bank,   Attn: Bankruptcy,   PO Box 94435,   Albuquerque, NM 87199-4435
14664737       Wells Fargo Bank Nv NA,   PO Box 94435,   Albuquerque, NM 87199-4435
14664738       Wells Fargo na/dillards,   Credit Bureau DISPUTES,   PO Box 10347,   Des Moines, IA 50306-0347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14664663          E-mail/Text: ally@ebn.phinsolutions.com Oct 26 2017 00:55:59     Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
14664666          E-mail/Text: bk@avant.com Oct 26 2017 00:57:01    Avant Credit, Inc,
                 640 N La Salle Dr Ste 535,   Chicago, IL 60654-3731
```

```
District/off: 0315-2          User: jhel              Page 2 of 3              Date Rcvd: Oct 25, 2017
                              Form ID: 149            Total Noticed: 84

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14664667       +E-mail/Text: bk@avant.com Oct 26 2017 00:57:01      Avant Inc,   640 N La Salle Dr,
                 Chicago, IL 60654-3731
14664673        E-mail/Text: bankruptcy@bbandt.com Oct 26 2017 00:56:06      Bb&t,   PO Box 1847,
                 Wilson, NC 27894-1847
14664687        E-mail/Text: mrdiscen@discover.com Oct 26 2017 00:55:59      Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
14664688        E-mail/Text: mrdiscen@discover.com Oct 26 2017 00:55:59      Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
14715524        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2017 00:56:48      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14664692        E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 26 2017 00:56:47       Key Bank NA,
                 4910 Tiedeman Rd,   Brooklyn, OH 44144-2338
14664693        E-mail/Text: bk@lendingclub.com Oct 26 2017 00:56:58      Lending Club Corp,
                 71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14664694        E-mail/Text: bk@lendingclub.com Oct 26 2017 00:56:59      Lendingclub Corporate,
                 71 Stevenson St,   San Francisco, CA 94105-2934
14664695        E-mail/Text: camanagement@mtb.com Oct 26 2017 00:56:09      M&T Bank,   1 Fountain Plz Fl 4,
                 Buffalo, NY 14203-1420
14664701        E-mail/PDF: pa_dc_claims@navient.com Oct 26 2017 00:57:33       Navient,   Attn: Claims Dept,
                 PO Box 9500,   Wilkes Barre, PA 18773-9500
14665353       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2017 01:03:05
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14664703        E-mail/Text: bankruptcy@prosper.com Oct 26 2017 00:56:59      Prosper Marketplace In,
                 101 2nd St Fl 15,   San Francisco, CA 94105-3672
14664704        E-mail/Text: bankruptcy@prosper.com Oct 26 2017 00:56:59      Prosper Marketplace Inc,
                 PO Box 396081,   San Francisco, CA 94139-6081
14664705        E-mail/Text: newbk@Regions.com Oct 26 2017 00:56:45      Regions Bank,   PO Box 11007,
                 Birmingham, AL 35288-0001
14664706       +E-mail/Text: newbk@Regions.com Oct 26 2017 00:56:45      Regions Bank,   1900 5th Ave N,
                 Birmingham, AL 35203-2670
14664708        E-mail/Text: newbk@Regions.com Oct 26 2017 00:56:45      Regions Bankcard,   Attn: Bankruptcy,
                 1900 5th Ave N # 300,   Birmingham, AL 35203-2610
14664709        E-mail/Text: mtg.bankruptcy@regions.com Oct 26 2017 00:56:36       Regions Mortgage,   Bankruptcy,
                 PO Box 18001,   Hattiesburg, MS 39404-8001
14664710        E-mail/Text: elevate@ebn.phinsolutions.com Oct 26 2017 00:57:20       Rise,
                 4150 International Plz,   Fort Worth, TX 76109-4892
14664711        E-mail/Text: elevate@ebn.phinsolutions.com Oct 26 2017 00:57:20       Rise Credit,
                 Customer Support,   PO Box 101808,   Fort Worth, TX 76185-1808
14664712        E-mail/Text: ebn_bkrt_forms@salliemae.com Oct 26 2017 00:57:00       Sallie Mae,   PO Box 3229,
                 Wilmington, DE 19804-0229
14664717        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 00:57:49       Syncb/Ashley Homestore,
                 PO Box 965064,   Orlando, FL 32896-5064
14664718        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 00:57:32       Syncb/ashley Homestore,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
14664719        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 00:57:49       Syncb/dicks,   PO Box 965005,
                 Orlando, FL 32896-5005
14664720        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 00:57:49       Syncb/paypal Extras Mc,
                 PO Box 965005,   Orlando, FL 32896-5005
14664721        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 00:57:49       Synchrony Bank/Care Credit,
                 Attn: Bankruptcy,   PO Box 956060,   Orlando, FL 32896-5060
14664722        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2017 00:57:49       Synchrony Bank/Gap,
                 Attn: Bankruptcy,   PO Box 956060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14664726*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corp,   PO Box 8026,
                 Cedar Rapids, IA 52408-8026)
14686755*      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14664729*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,   4325 17th Ave S,   Fargo, ND 58125-6200)
14664730*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,   Attn: Bankruptcy,   PO Box 5229,
                 Cincinnati, OH 45201-5229)
14664731*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US Bank/Rms Cc,   Card Member Services,   PO Box 108,
                 Saint Louis, MO 63166-0108)
                                                                              TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: Oct 25, 2017
                              Form ID: 149            Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
```
              Alan R. Patterson, III    on behalf of Debtor Randall W. Gentry apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alan R. Patterson, III    on behalf of Joint Debtor Barbara H. Gentry apattersonlaw@gmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```