# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | RANDALL W. & BARBARA H. GENTRY |
| Case Number: | 17-22992-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 22, 2018 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/1/18 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#15 - Final Confirmation of Plan Dated 8/17/2017 (NFC)
R / M #:  15 / 0

**Appearances:**    Patterson

Debtor:
Trustee: Winnecour / (Paily) Katz

Creditor:

**Proceedings:**

Warmbrodt –
Toyota Motor
Cl 2 & 3

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _X_ Other: The §341 meeting is closed.

CONFIRMATION ORDER TO BE SUBMITTED

2/16/2018    1:57:29PM