IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 17-22992-CMB** |
| **Randall W. Gentry** | ) | |
| **Barbara H. Gentry** | ) | |
| | ) | |
| Debtors | ) | **Chapter 13** |
| | ) | **Document No. _____** |
| | ) | **Related to Document No. 34** |

### CONSENT ORDER MODIFYING MARCH 1, 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 1, 2018 it is

ORDERED that Part "1.G" be amended to as the following: The claims of Toyota Motor Credit at Claim No. 2 and Claim No. 3 shall govern at contract terms with respect to monthly payment amount, interest, and duration, and it is further

ORDERED that Part "1.H." be amended to add the following:  The student loan claims shall govern as to amounts, paid in full at zero percent interest, it is further

ORDERED that the estimated dividend to unsecured creditors is 100 percent.

The March 1, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Alan R. Patterson, III
Alan R. Patterson, III, PA I.D. #79798
Attorney for the debtors
707 Grant Street Suite 2340
Pittsburgh PA 15219
412-281-2928
apattersonlaw@protonmail.com