**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-22992-CMB |
| Randall W. Gentry ) | |
| Barbara H. Gentry ) | |
| ) | |
| Debtors ) | Chapter 13 |
| ) | Document No. 38 |
| ) | Related to Document No. 34 |

**CONSENT ORDER MODIFYING MARCH 1, 2018 ORDER**

AND NOW, this 8th day of May, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 1, 2018 it is

ORDERED that Part "1.G" be amended to as the following: The claims of Toyota Motor Credit at Claim No. 2 and Claim No. 3 shall govern at contract terms with respect to monthly payment amount, interest, and duration, and it is further

ORDERED that Part "1.H." be amended to add the following: The student loan claims shall govern as to amounts, paid in full at zero percent interest, it is further

ORDERED that the estimated dividend to unsecured creditors is 100 percent.

The March 1, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_Carlota M. Böhm_ dms
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

FILED
5/8/18 1:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Alan R. Patterson, III
Alan R. Patterson, III, PA I.D. #79798
Attorney for the debtors
707 Grant Street Suite 2340
Pittsburgh PA 15219
412-281-2928
apattersonlaw@protonmail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-22992-CMB
Randall W. Gentry                                                   Chapter 13
Barbara H. Gentry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                Page 1 of 1              Date Rcvd: May 08, 2018
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db          #+Randall W. Gentry,    1400 Main Street,    Apt. 401,    Canonsburg, PA 15317-6802
jdb           Barbara H. Gentry,    10935 Bristol Bay Drive,    Apt 202,    Bradenton, FL  34209-7707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Alan R. Patterson, III    on behalf of Debtor Randall W. Gentry apattersonlaw@protonmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alan R. Patterson, III    on behalf of Joint Debtor Barbara H. Gentry apattersonlaw@protonmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5