IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 17-22992-CMB |
| | ) | |
| Randall W. Gentry, | ) | CHAPTER NO. 13 |
| Barbara H. Gentry, | ) | |
|     Debtors, | ) | DOC NO. |
| | ) | |
| Randall W. Gentry, | ) | |
|     Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Debtor Name:    Randall W. Gentry

    Incorrect Address:    1400 Main Street, Apt 401
    Canonsburg, PA 15317

Corrected Address:

    Debtor Name:    Randall W. Gentry

    Correct Address:    1400 Main Street, Apt 466
    Canonsburg, PA 15317

**Dated**: June 3, 2018    By: /s/ Alan R. Patterson, III

    Alan R. Patterson, III, Esq.
    Gross & Patterson, LLC
    707 Grant Street, Suite 2340
    Pittsburgh, PA 15219
    (412) 281-2928
    PA ID No. 79798
    apattersonlaw@protonmail.com