**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

07/02/2019

IN RE:

RANDALL W. GENTRY
1400 MAIN STREET
APT. 466
CANONSBURG, PA 15317
XXX-XX-3657          Debtor(s)

Case No.17-22992 CMB

Chapter 13

BARBARA H. GENTRY
10935 BRISTOL BAY DRIVE
APT 202
BRADENTON, FL 34209-7707
XXX-XX-4718

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/2/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 9301 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: PAYPAL/PRAE | |

| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: TOYOTA MOTOR/PRAE | |

| **CARMAX AUTO FIN/CARMAX BIZ SVC** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: VEHICLE |
|---|---|---|
| POB 440609 | Court Claim Number:4 | ACCOUNT NO.: 4477 |
| | CLAIM: 10,875.27 | |
| KENNESAW, GA  30160 | COMMENT: 11119.00@SLNT%/MDF/PL*13.45%/CLM FACE | |

| **M & T BANK** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 1508 | Court Claim Number:10-2 | ACCOUNT NO.: 4702 |
| | CLAIM: 20,809.19 | |
| BUFFALO, NY  14240 | COMMENT: NO GEN UNS/SCH*AMD*DFCNY BAL | |

| **TOYOTA MOTOR CREDIT CORP (TMCC)** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: VEHICLE |
|---|---|---|
| POB 9490** | Court Claim Number:3 | ACCOUNT NO.: 0428 |
| | CLAIM: 16,384.71 | |
| CEDAR RAPIDS, IA  52409-9490 | COMMENT: CL3GOVS*17270@SLNT%MDF/PL*5.25%/CL FACE*DK! | |

| **TOYOTA MOTOR CREDIT CORP (TMCC)** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: VEHICLE |
|---|---|---|
| POB 9490** | Court Claim Number:2 | ACCOUNT NO.: 9986 |
| | CLAIM: 12,791.64 | |
| CEDAR RAPIDS, IA  52409-9490 | COMMENT: CL2GOVS*13137@SLNT%MDF/PL*5.25%/CL FACE*DK! | |

| **ALLY FINANCIAL(*)** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number: | ACCOUNT NO.: 5276 |
| PO BOX 78367 | | |
| | CLAIM: 0.00 | |
| PHOENIX, AZ  85062-8367 | COMMENT: NO$/SCH | |

| **AMERICAN EXPRESS CENTURION BNK** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O BECKET & LEE LLP | Court Claim Number:6 | ACCOUNT NO.: 2001 |
| POB 3001 | | |
| | CLAIM: 31,777.65 | |
| MALVERN, PA  19355-0701 | COMMENT: 5243/SCH | |

| **AMERICAN EXPRESS** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| P.O. BOX 7804 | Court Claim Number: | ACCOUNT NO.: 5653 |
| | CLAIM: 0.00 | |
| FT. LAUDERDALE, FL  33329 | COMMENT: NT ADR~NO$/SCH | |

| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:7 | ACCOUNT NO.: 8728 |
| | CLAIM: 21,238.10 | |
| CHICAGO, IL  60677-2813 | COMMENT: 3376284768*AVANT CREDIT/SCH*WEBBANK | |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:9 | CLAIM: 34,379.85<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3888 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:13 | CLAIM: 19,424.07<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6766 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2320 |
| **BRANCH BANKING&TRUST CO/BB&T(\*)**<br>BK SECTION 100 50 01 51<br>POB 1847<br>WILSON, NC 27894-1847 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6519 |
| **CITIBANK NA(\*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6896 |
| **CITIBANK NA(\*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9142 |
| **CITIZENS BANK NA(\*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2769 |
| **CITIZENS ONE AUTO FINANCE\***<br>1 CITIZENS DR<br>MAILSTOP ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7243 |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DFS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2377 |

| Creditor | Trustee Claim # | INT % | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **DISCOVER BANK(*)** C/O DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025 | 21 | 0.00% | | UNSECURED CREDITOR | 3433 | 0.00 | NO$/SCH |
| **FIA CARD SERVICES** PO BOX 982234, EL PASO, TX 79998-2234 | 22 | 0.00% | | UNSECURED CREDITOR | 7435 | 0.00 | NT ADR~NO$/SCH |
| **GOLDEN VALLEY LENDING** 635 E STATE HWY 20, UPPER LAKE, CA 95485-8793 | 23 | 0.00% | | UNSECURED CREDITOR | 1517 | 0.00 | |
| **GRANITE STATE MGMNT & RESOURCES O/B/O** C/O DEPARTMENT OF EDUCATION, PO BOX 105291, ATLANTA, GA 30348-5291 | 24 | 0.00% | 5 | UNSECURED (S) | 9200 | 1,173.67 | CL5GOV@0%/COE*1581/PL*26.35/MO*W/25-29*$1,232.80/CL*PIF/CR/RFND |
| **GRANITE STATE MANAGEMENT & RESOURCES** PO BOX 3420, CONCORD, NH 03302-3420 | 25 | 0.00% | | UNSECURED CREDITOR | 0024 | 0.00 | COMBINED @CID24 |
| **GRANITE STATE MANAGEMENT & RESOURCES** PO BOX 3420, CONCORD, NH 03302-3420 | 26 | 0.00% | | UNSECURED CREDITOR | 0124 | 0.00 | COMBINED@CID24 |
| **GRANITE STATE MANAGEMENT & RESOURCES** PO BOX 3420, CONCORD, NH 03302-3420 | 27 | 0.00% | | UNSECURED CREDITOR | 9624 | 0.00 | COMBINED@CID24 |
| **GRANITE STATE MANAGEMENT & RESOURCES** PO BOX 3420, CONCORD, NH 03302-3420 | 28 | 0.00% | | UNSECURED CREDITOR | 9724 | 0.00 | COMBINED@CID24 |
| **GRANITE STATE MANAGEMENT & RESOURCES** PO BOX 3420, CONCORD, NH 03302-3420 | 29 | 0.00% | | UNSECURED CREDITOR | 9824 | 0.00 | COMBINED@CID24 |
| **KEY BANK** 601 OAKMONT LANE STE 110, WESTMONT, IL 60559 | 30 | 0.00% | | UNSECURED CREDITOR | 3547 | 0.00 | NT ADR~NO$/SCH |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 19,227.21<br>COMMENT: LENDING CLUB CORP AND LC TRUST I | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8657 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4553 |
| **MOHELA O/B/O SOFI**<br>C/O MOHELA<br>PO BOX 1022<br>CHESTERFIELD, MO 63006 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 58,119.80<br>COMMENT: CL1GOVS@0%/COE*57273/PL*425/MO*ARRS=$400/PL*0001/SCH*DKT!! | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 3657 |
| **MONEY LION**<br>PO BOX 1547<br>SANDY, UT 84091-1547 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9291 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 17,515.82<br>COMMENT: PRIME MERIDIAN/WEBBANK*PROSPER MARKET PLACE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1337 |
| **REGIONS BANK**<br>CONSUMER COLLECTIONS<br>POB 11407 DRAWER 550<br>BIRMINGHAM, AL 35246-0550 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 12,989.65<br>COMMENT: NO LAST PMT/CHARGE OFF DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2865 |
| **REGIONS BANK**<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4855 |
| **REGIONS BANK**<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6427 |
| **RISE**<br>4150 INTERNATIONAL PLZ<br>FORT WORTH, TX 76109-4892 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0124 |
| **SALLIE MAE**<br>PO BOX 3319<br>WILMINGTON, DE 19804-4319 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 3,159.92<br>COMMENT: CL11GOVS@0%/COE*3,251/PL*15/MO*5.75%/CL | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 3657 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SOFI LENDING CORP O/B/O SOFI CONSUMER L**<br>C/O SOFI LENDING CORP<br>PO BOX 654158<br>DALLAS, TX 75265 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 39,087.24<br>COMMENT: 8551/SCH*NO LAST PMT/CHARGE OFF DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3657 |
| **SUNTRUST BANK**<br>9191 E MAIN ST<br>RICHMOND, VA 23219 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3492 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,696.33<br>COMMENT: SYNCHRONY BANK~ASHLEY FURNITURE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4758 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DICKS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4495 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 6,987.43<br>COMMENT: SYNCHRONY BANK~PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9301 |
| **US DEPARTMENT OF EDUCATION\*\***<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1061 |
| **US DEPARTMENT OF EDUCATION\*\***<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1924 |
| **US BANCORP PORTFOLIO SVCS\***<br>1310 MADRID ST STE 103*<br>MARSHALL, MN 56258 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9427 |
| **US BANK NA\*\***<br>PO BOX 5227<br>CINCINNATI, OH 45201-5227 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 22,710.41<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3997 |
| **US BANK**<br>205 WEST 4TH ST<br>CN-OH-X5-FI<br>CINCINNATI, OH 45202 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5111 |

| Creditor | Trustee Claim Number / INT % | Court Claim Number | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|---|
| **WELLS FARGO AUTO FINANCE(*)**<br>ATTN MAC F6582-034<br>POB 500<br>CHESTER, PA 19013 | Trustee Claim Number: 51  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9001 |
| **WELLS FARGO BANK**<br>PCM PAYMENT PROCESSING<br>POB 94423 MAC Q2132-013<br>ALBUQUERQUE, NM 87199-9833 | Trustee Claim Number: 52  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **FIRST BANK PUERTO RICO**<br>9795 S DIXIE HWY<br>PINECREST, FL 33156 | Trustee Claim Number: 53  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GENESIS RUIZ**<br>11001 BRISTOL BAY DR<br>BRADENTON, FL 34209-7900 | Trustee Claim Number: 54  INT %: 0.00% | Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

CLAIM RECORDS
Case 17-22992-CMB    Doc 42    Filed 07/02/19    Entered 07/02/19 11:20:17    Desc
Page 8 of 8