IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22992-CMB |
|    Randall W. Gentry, | : | |
|    Barbara H. Gentry, | : | Chapter 13 |
|       Debtors, | : | |
| | : | Doc. No. |
| Ronda J. Winnecour, Trustee, | : | |
| Randall W. Gentry, | : | Hearing Date & Time: August 10, 2021 at 1:30 p.m. |
|       Movants, | : | |
| | : | |
|    v. | : | |
| | : | |
| U. S. Department of Energy, | : | |
|       Respondent. | | |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 7th day of July, 2021, I served a copy of the *Debtor's Motion to Terminate Wage Attachment* (Doc 47) along with the *Notice of Zoom Hearing with Response Deadline on Debtor's Motion to Terminate Wage Attachment* (Doc 48), on the respondents listed below in the following manners:

**Recipients of Notice of Electronic Filing VIA ECF ONLY:**

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

**SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID:**

U. S. Department of Energy
Payroll Office, CF-10
19901 Germantown Road,
Germantown, MD 20874

EXECUTED ON:  July 7, 2021        /s/ Alan R. Patterson, III
　　　　　　　　　　　　　　　　　　　Alan R. Patterson, III, Esq.
　　　　　　　　　　　　　　　　　　　Gross & Patterson, LLC
　　　　　　　　　　　　　　　　　　　707 Grant Street, Suite 2340
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　(412) 553-0140
　　　　　　　　　　　　　　　　　　　PA ID No. 79798
　　　　　　　　　　　　　　　　　　　apattersonlaw@protonmail.com