Form 132

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

54

In re:                                                              Bankruptcy Case No.: 17−22992−CMB

Chapter: 7

**Randall W. Gentry**                                    Barbara H. Gentry
Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

Pamela J. Wilson is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 7/8/21                                                                **Andrew R. Vara**
                                                                              United States Trustee

                                                                              **Joseph S. Sisca**
                                                                              Assistant United States Trustee
                                                                              Western District of Pennsylvania

---

I Pamela J. Wilson, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                          Pamela J. Wilson

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Randall W. Gentry  
Barbara H. Gentry  
    Debtors

Case No. 17-22992-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 2  
Date Rcvd: Jul 08, 2021     Form ID: 132     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| tr | + Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan R. Patterson, III | on behalf of Debtor Randall W. Gentry apattersonlaw@protonmail.com andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com |
| Alan R. Patterson, III | on behalf of Joint Debtor Barbara H. Gentry apattersonlaw@protonmail.com andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |

District/off: 0315-2 User: dkam Page 2 of 2
Date Rcvd: Jul 08, 2021 Form ID: 132 Total Noticed: 1

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 6