Form 143

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Randall W. Gentry**
**Barbara H. Gentry**
Debtor(s)

Bankruptcy Case No.: 17−22992−CMB

Chapter: 7
Docket No.: 53 − 52

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Ronda J. Winnecour, Esq. has been removed as trustee from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: July 8, 2021

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-22992-CMB
Randall W. Gentry                                                                      Chapter 7
Barbara H. Gentry
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| tr | + Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021                    Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

**Name**           **Email Address**

Alan R. Patterson, III
    on behalf of Debtor Randall W. Gentry apattersonlaw@protonmail.com
    andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com

Alan R. Patterson, III
    on behalf of Joint Debtor Barbara H. Gentry apattersonlaw@protonmail.com
    andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com

Brian Nicholas
    on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

District/off: 0315-2 User: dkam Page 2 of 2
Date Rcvd: Jul 08, 2021 Form ID: 143 Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 6