**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Randall W. Gentry** | Social Security number or ITIN | xxx–xx–3657 |
| | First Name  Middle Name  Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | **Barbara H. Gentry** | Social Security number or ITIN | xxx–xx–4718 |
| | First Name  Middle Name  Last Name | EIN | __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter 13 | 7/24/17 |
| Case number: | 17–22992–CMB | Date case converted to chapter 7 | 7/8/21 |

Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Randall W. Gentry | Barbara H. Gentry |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1400 Main Street<br>Apt. 466<br>Canonsburg, PA 15317 | 10935 Bristol Bay Drive<br>Apt 202<br>Bradenton, FL 34209–7707 |
| 4. | **Debtor's attorney**<br>Name and address | Alan R. Patterson III<br>707 Grant Street<br>Suite 2340<br>Pittsburgh, PA 15219 | Contact phone 412–281–2928<br><br>Email:  apattersonlaw@protonmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234 | Contact phone 412–341–4323<br><br>Email:  pwilson@pjwlaw.net |

**For more information, see page 2 >**

| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/8/21 |
|---|---|---|
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 20, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**       **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/19/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/16/21**<br><br>**Filing deadline: 1/20/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-22992-CMB
Randall W. Gentry  Chapter 7
Barbara H. Gentry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dkam  Page 1 of 5
Date Rcvd: Jul 08, 2021  Form ID: 309B  Total Noticed: 104

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randall W. Gentry, 1400 Main Street, Apt. 466, Canonsburg, PA 15317-6827 |
| jdb | | Barbara H. Gentry, 10935 Bristol Bay Drive, Apt 202, Bradenton, FL 34209-7707 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14664662 | | 1400 Main at Southpointe, 1400 Main St, Canonsburg, PA 15317-6800 |
| 14719281 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14692283 | + | CarMax Business Services LLC, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 14664674 | + | Carmax Auto Finance, 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238-1124 |
| 14664675 | | Carmax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 14664678 | | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040S, Louis, MO 63129 |
| 14664681 | + | Citizens Bank, 130 S Broad St, New Tazewell, TN 37825-7507 |
| 14664690 | | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 14678323 | | Genesis Ruiz, Property Manager, 11001 Bristol Bay Dr, Bradenton, FL 34209-7900 |
| 14678324 | | Goldenvalley Lending, 635 E State Highway 20, Upper Lake, CA 95485-8793 |
| 14664691 | | Granite State Management & Resources, PO Box 3420, Concord, NH 03302-3420 |
| 14729797 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14664696 | | M&T Credit Services, 1100 Worley Dr, Williamsville, NY 14221 |
| 14664699 | | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14666634 | + | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14664698 | | Missouri Higher Educ, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14664700 | | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14664702 | | New Hampshire Higher Ed/Granite State Mg, Attn: Bnakruptcy, 4 Barrell Ct, Concord, NH 03301-8543 |
| 14664707 | | Regions Bank DBA Reg, PO Box 110, Hattiesburg, MS 39403-0110 |
| 14730481 | | Sallie Mae, P.O. Box 3319x, Wilmington, DE 19804-4319 |
| 14664713 | | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 14664714 | | Sofi Lending Corp, 375 Healdsburg Ave Ste 2, Healdsburg, CA 95448-4150 |
| 14685751 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: apattersonlaw@protonmail.com | Jul 08 2021 23:06:00 | Alan R. Patterson, III, 707 Grant Street, Suite 2340, Pittsburgh, PA 15219 |
| tr | + | EDI: QPJWILSON.COM | Jul 09 2021 03:03:00 | Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |
| smg | | EDI: PENNDEPTREV | Jul 09 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2021 23:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 09 2021 03:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

| | | | | |
|---|---|---|---|---|
| District/off: 0315-2 | | User: dkam | | Page 2 of 5 |
| Date Rcvd: Jul 08, 2021 | | Form ID: 309B | | Total Noticed: 104 |

| | | | |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2021 23:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jul 08 2021 23:06:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 14664663 | EDI: GMACFS.COM | Jul 09 2021 03:03:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14664664 | EDI: AMEREXPR.COM | Jul 09 2021 03:03:00 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14703794 | EDI: BECKLEE.COM | Jul 09 2021 03:03:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14664665 | EDI: AMEREXPR.COM | Jul 09 2021 03:03:00 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14664666 | Email/Text: bk@avant.com | Jul 08 2021 23:06:00 | Avant Credit, Inc, 640 N La Salle Dr Ste 535, Chicago, IL 60654-3731 |
| 14664667 | Email/Text: bk@avant.com | Jul 08 2021 23:06:00 | Avant Inc, 640 N La Salle Dr, Chicago, IL 60654-3781 |
| 14664668 | EDI: BANKAMER.COM | Jul 09 2021 03:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14664673 | Email/Text: bankruptcy@bbandt.com | Jul 08 2021 23:06:00 | Bb&t, PO Box 1847, Wilson, NC 27894-1847 |
| 14664669 | EDI: BANKAMER.COM | Jul 09 2021 03:03:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14664670 | EDI: BANKAMER.COM | Jul 09 2021 03:03:00 | Bank of America, N.A, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14664671 | EDI: TSYS2.COM | Jul 09 2021 03:03:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14664672 | EDI: TSYS2.COM | Jul 09 2021 03:03:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14664682 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 08 2021 23:06:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd MSC RJW-135, Warwick, RI 02886 |
| 14664680 | EDI: CITICORP.COM | Jul 09 2021 03:03:00 | Citicards Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14664679 | EDI: CITICORP.COM | Jul 09 2021 03:03:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14664683 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 08 2021 23:06:00 | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14664684 | Email/PDF: DellBKNotifications@resurgent.com | Jul 08 2021 23:03:37 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 14664733 | EDI: CITICORP.COM | Jul 09 2021 03:03:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 14664697 | EDI: CITICORP.COM | Jul 09 2021 03:03:00 | Macy's/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 14664685 | Email/PDF: DellBKNotifications@resurgent.com | Jul 08 2021 23:03:37 | Dfs/webbank, PO Box 81607, Austin, TX 78708-1607 |
| 14664686 | EDI: WFFC.COM | Jul 09 2021 03:03:00 | Dillards Card Srvs/Wells Fargo Bank NA, PO Box 10347, Des Moines, IA 50306-0347 |
| 14664687 | EDI: DISCOVER.COM | | |

Case 17-22992-CMB    Doc 59    Filed 07/10/21    Entered 07/11/21 00:28:56    Desc Imaged
                                Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: dkam | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: 309B | Total Noticed: 104 |

| Recipient ID | | Delivery Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14664688 | | EDI: DISCOVER.COM | Jul 09 2021 03:03:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14664689 | | EDI: BANKAMER.COM | Jul 09 2021 03:03:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14715524 | | EDI: JEFFERSONCAP.COM | Jul 09 2021 03:03:00 | Fia Cs, PO Box 982238, El Paso, TX 79998-2238 |
| 14664676 | | EDI: JPMORGANCHASE | Jul 09 2021 03:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14664677 | | EDI: JPMORGANCHASE | Jul 09 2021 03:03:00 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14664692 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 09 2021 03:03:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14747509 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 23:06:00 | Key Bank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14748038 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 23:03:46 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14664693 | | Email/Text: bk@lendingclub.com | Jul 08 2021 23:03:37 | LVNV Funding, LLC its successors and assigns as, assignee of Prime Meridian Income Fund, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14664694 | | Email/Text: bk@lendingclub.com | Jul 08 2021 23:06:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14664695 | | Email/Text: camanagement@mtb.com | Jul 08 2021 23:06:00 | Lendingclub Corporate, 71 Stevenson St, San Francisco, CA 94105-2934 |
| 14678325 | | Email/Text: bankruptcy@moneylion.com | Jul 08 2021 23:06:00 | M&T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 14664701 | | EDI: NAVIENTFKASMSERV.COM | Jul 08 2021 23:06:59 | MoneyLion, Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 14665353 | + | EDI: RECOVERYCORP.COM | Jul 09 2021 03:03:00 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14664703 | | Email/Text: bankruptcy@prosper.com | Jul 09 2021 03:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664704 | | Email/Text: bankruptcy@prosper.com | Jul 08 2021 23:06:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 14744409 | | EDI: Q3G.COM | Jul 08 2021 23:06:00 | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 14717445 | | Email/Text: newbk@Regions.com | Jul 09 2021 03:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14664705 | | Email/Text: newbk@Regions.com | Jul 08 2021 23:06:00 | Regions Bank, Consumer Collections BH40402B, P. O. Box 10063, Birmingham, AL 35202-0063 |
| 14664706 | + | Email/Text: newbk@Regions.com | Jul 08 2021 23:06:00 | Regions Bank, PO Box 11007, Birmingham, AL 35288-0001 |
| 14664708 | | Email/Text: newbk@Regions.com | Jul 08 2021 23:06:00 | Regions Bank, 1900 5th Ave N, Birmingham, AL 35203-2670 |
| 14664709 | | Email/Text: mtg.bankruptcy@regions.com | Jul 08 2021 23:06:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N # 300, Birmingham, AL 35203-2610 |
| 14664710 | + | EDI: PHINELEVATE | Jul 08 2021 23:06:00 | Regions Mortgage, Bankruptcy, PO Box 18001, Hattiesburg, MS 39404-8001 |
| | | | Jul 09 2021 03:03:00 | Rise, 4150 International Plz, Fort Worth, TX 76109-4819 |

| District/off: 0315-2 | User: dkam | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: 309B | Total Noticed: 104 |

| | | | |
|---|---|---|---|
| 14664711 | EDI: PHINELEVATE | Jul 09 2021 03:03:00 | Rise Credit, Customer Support, PO Box 101808, Fort Worth, TX 76185-1808 |
| 14730508 | EDI: SALLIEMAEBANK.COM | Jul 09 2021 03:03:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14664712 | EDI: SALLIEMAEBANK.COM | Jul 09 2021 03:03:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 14748998 | + Email/Text: specialservicing@sofi.com | Jul 08 2021 23:06:00 | SoFi Lending Corp, One Letterman De Bldg A Ste 4700, San Francisco, CA 94129-1512 |
| 14664715 | EDI: STF1.COM | Jul 09 2021 03:03:00 | Suntrust Bank, 700 E Hill Ave, Knoxville, TN 37997-6000 |
| 14664716 | EDI: STF1.COM | Jul 09 2021 03:03:00 | Suntrust Bk, Attn:Bankruptcy Dept, PO Box 85092, Richmond, VA 23285-5092 |
| 14664717 | EDI: RMSC.COM | Jul 09 2021 03:03:00 | Syncb/Ashley Homestore, PO Box 965064, Orlando, FL 32896-5064 |
| 14664718 | EDI: RMSC.COM | Jul 09 2021 03:03:00 | Syncb/ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14664719 | EDI: RMSC.COM | Jul 09 2021 03:03:00 | Syncb/dicks, PO Box 965005, Orlando, FL 32896-5005 |
| 14664720 | EDI: RMSC.COM | Jul 09 2021 03:03:00 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 14664721 | EDI: RMSC.COM | Jul 09 2021 03:03:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 14664722 | EDI: RMSC.COM | Jul 09 2021 03:03:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 14664723 | EDI: TFSR.COM | Jul 09 2021 03:03:00 | Toyota Financial Services, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14664726 | EDI: TFSR.COM | Jul 09 2021 03:03:00 | Toyota Motor Credit Corp, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14664724 | EDI: TFSR.COM | Jul 09 2021 03:03:00 | Toyota Motor Credit, 1111 W 22nd St Ste 420, Oak Brook, IL 60523-1959 |
| 14664725 | EDI: TFSR.COM | Jul 09 2021 03:03:00 | Toyota Motor Credit Co, 810 Crescent Centre Dr, Franklin, TN 37067-6222 |
| 14664727 | EDI: ECMC.COM | Jul 09 2021 03:03:00 | U S Department of Ed, PO Box 5609, Greenville, TX 75403-5609 |
| 14664731 | EDI: USBANKARS.COM | Jul 09 2021 03:03:00 | US Bank/Rms Cc, Card Member Services, PO Box 108, Saint Louis, MO 63166-0108 |
| 14740920 | EDI: USBANKARS.COM | Jul 09 2021 03:03:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14664728 | EDI: USBANKARS.COM | Jul 09 2021 03:03:00 | US Bancorp, PO Box 5227, Cincinnati, OH 45201-5227 |
| 14664729 | EDI: USBANKARS.COM | Jul 09 2021 03:03:00 | US Bank, 4325 17th Ave S, Fargo, ND 58125-6200 |
| 14664730 | EDI: USBANKARS.COM | Jul 09 2021 03:03:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 14664732 | EDI: ECMC.COM | Jul 09 2021 03:03:00 | US Dept of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14664734 | EDI: WFFC.COM | Jul 09 2021 03:03:00 | Wells Fargo Auto Finan, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14664735 | EDI: WFFC.COM | | |

| Recip ID | Notice Type | Date | Name and Address |
|---|---|---|---|
| | | Jul 09 2021 03:03:00 | Wells Fargo Auto Finance, Attn: Bankruptcy, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14664736 | EDI: WFFC.COM | Jul 09 2021 03:03:00 | Wells Fargo Bank, Attn: Bankruptcy, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14664737 | EDI: WFFC.COM | Jul 09 2021 03:03:00 | Wells Fargo Bank Nv NA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14664738 | EDI: WFFC.COM | Jul 09 2021 03:03:00 | Wells Fargo na/dillards, Credit Bureau DISPUTES, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 80

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14686755 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan R. Patterson, III | on behalf of Debtor Randall W. Gentry apattersonlaw@protonmail.com andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com |
| Alan R. Patterson, III | on behalf of Joint Debtor Barbara H. Gentry apattersonlaw@protonmail.com andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6