IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22992-CMB |
| Randall W. Gentry, | : | |
| Barbara H. Gentry, | : | Chapter 13 |
|    Debtors, | : | |
| | : | Doc. No.   47 |
| Ronda J. Winnecour, Trustee, | : | |
| Randall W. Gentry, | : | |
|    Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| U. S. Department of Energy, | : | |
|    Respondent. | | |

### ORDER TERMINATING WAGE ATTACHMENT

AND NOW, this __8th__ day of ____July____, 2021 IT IS ORDERED that the wage attachment order (Doc 21) entered on March 12, 2013 attaching the wages of Randall W. Gentry, SS# XXX-XX-3657, from Respondent, is now terminated.  So that each employer and entity subject to the attachment order know to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

*[signature: Carlota M. Böhm]* **dmk**

CARLOTA M. BÖHM
CHIEF UNITED STATES BANKRUPTCY JUDGE

FILED
7/8/21 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                                                 Case No. 17-22992-CMB

Randall W. Gentry                                                                                                                                                                                 Chapter 13

Barbara H. Gentry

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                               User: dsaw                                                                          Page 1 of 2

Date Rcvd: Jul 08, 2021                                            Form ID: pdf900                                      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol         Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randall W. Gentry, 1400 Main Street, Apt. 466, Canonsburg, PA 15317-6827 |
| jdb | | Barbara H. Gentry, 10935 Bristol Bay Drive, Apt 202, Bradenton, FL 34209-7707 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021                                        Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan R. Patterson, III | on behalf of Debtor Randall W. Gentry apattersonlaw@protonmail.com<br>andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com |
| Alan R. Patterson, III | on behalf of Joint Debtor Barbara H. Gentry apattersonlaw@protonmail.com<br>andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 2

cmecf@chapter13trusteewdpa.com

TOTAL: 5