# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

In re:  
    RANDALL W. GENTRY  
    BARBARA H. GENTRY  
    Debtor(s)

Case No. 17-22992CMB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/24/2017.

2) The plan was confirmed on 10/25/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 03/01/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 07/08/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,456.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $267,348.23 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$267,348.23** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,280.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $13,724.48 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$16,004.48** |

Attorney fees paid and disclosed by debtor:      $1,720.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION I | Unsecured | 31,739.00 | 31,777.65 | 31,777.65 | 19,160.36 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 33,226.00 | 34,379.85 | 34,379.85 | 20,729.35 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 19,046.00 | 19,424.07 | 19,424.07 | 11,711.76 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB& | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FIN/CARMAX BIZ S | Secured | 11,119.00 | 10,875.27 | 10,875.27 | 10,272.00 | 0.00 |
| CITIBANK NA(*)++ | Unsecured | 9,987.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK NA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS ONE AUTO FINANCE* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GOLDEN VALLEY LENDING | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| GRANITE STATE MGMNT & RESOU | Unsecured | 542.00 | 1,232.80 | 1,173.67 | 1,173.67 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 20,360.00 | 21,238.10 | 21,238.10 | 12,805.52 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 15,617.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 18,304.00 | 19,227.21 | 19,227.21 | 11,593.06 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 17,225.00 | 17,515.82 | 17,515.82 | 10,561.11 | 0.00 |
| M & T BANK | Unsecured | 69,281.00 | 20,809.19 | 20,809.19 | 12,546.92 | 0.00 |
| MOHELA O/B/O SOFI | Unsecured | 57,273.00 | 58,119.80 | 58,119.80 | 58,119.80 | 0.00 |
| MONEY LION | Unsecured | 1,263.77 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC AGNT - M | Unsecured | 1,840.00 | 1,696.33 | 1,696.33 | 1,022.81 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - M | Unsecured | 6,804.00 | 6,987.43 | 6,987.43 | 4,213.05 | 0.00 |
| REGIONS BANK | Unsecured | 12,451.00 | 12,989.65 | 12,989.65 | 7,832.12 | 0.00 |
| REGIONS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RISE | Unsecured | 2,252.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,251.00 | 3,159.92 | 3,159.92 | 3,159.92 | 0.00 |
| SOFI LENDING CORP O/B/O SOFI CO | Unsecured | 38,572.00 | 39,087.24 | 39,087.24 | 23,567.68 | 0.00 |
| SUNTRUST BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (T | Secured | 17,270.00 | 16,384.71 | 16,384.71 | 16,384.71 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (T | Secured | 13,137.00 | 12,791.64 | 12,791.64 | 12,791.64 | 0.00 |
| US BANCORP PORTFOLIO SVCS* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA** | Unsecured | 25,614.00 | 22,710.41 | 22,710.41 | 13,693.26 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO AUTO FINANCE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $40,051.62 | $39,448.35 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$40,051.62** | **$39,448.35** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$310,296.34** | **$211,890.39** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $16,004.48 |
| Disbursements to Creditors | $251,338.74 |
| **TOTAL DISBURSEMENTS** : | **$267,343.22** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/16/2021            By: /s/ Ronda J. Winnecour
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**