**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RANDALL W. GENTRY
BARBARA H. GENTRY
    Debtor(s)

Case No.: 17-22992

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/24/2017 and confirmed on 10/25/2017. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 267,348.23 |
| Less Refunds to Debtor | 5.01 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 267,343.22 |
| Administrative Fees | | | |
|     Filing Fee | 0.00 | | |
|     Notice Fee | 0.00 | | |
|     Attorney Fee | 2,280.00 | | |
|     Trustee Fee | 13,724.48 | | |
|     Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 16,004.48 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| CARMAX AUTO FIN/CARMAX BIZ SVC | 10,875.27 | 10,272.00 | 0.00 | 10,272.00 |
|   Acct: 4477 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 16,384.71 | 16,384.71 | 0.00 | 16,384.71 |
|   Acct: 0428 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 12,791.64 | 12,791.64 | 0.00 | 12,791.64 |
|   Acct: 9986 | | | | |
| | | | | 39,448.35 |
| **Priority** | | | | |
| ALAN R PATTERSON ESQ III | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RANDALL W. GENTRY | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RANDALL W. GENTRY | 5.01 | 5.01 | 0.00 | 0.00 |
|   Acct: | | | | |
| GROSS & PATTERSON LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| GROSS & PATTERSON LLC | 2,280.00 | 2,280.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 17-22992 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| GRANITE STATE MGMNT & RESOURCES C<br>Acct: 9200 | 1,173.67 | 1,173.67 | 0.00 | 1,173.67 |
| MOHELA O/B/O SOFI<br>Acct: 3657 | 58,119.80 | 58,119.80 | 0.00 | 58,119.80 |
| SALLIE MAE<br>Acct: 3657 | 3,159.92 | 3,159.92 | 0.00 | 3,159.92 |
| M & T BANK<br>Acct: 4702 | 20,809.19 | 12,546.92 | 0.00 | 12,546.92 |
| ALLY FINANCIAL(*)<br>Acct: 5276 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION BNK<br>Acct: 2001 | 31,777.65 | 19,160.36 | 0.00 | 19,160.36 |
| AMERICAN EXPRESS<br>Acct: 5653 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 8728 | 21,238.10 | 12,805.52 | 0.00 | 12,805.52 |
| BANK OF AMERICA NA**<br>Acct: 3888 | 34,379.85 | 20,729.35 | 0.00 | 20,729.35 |
| BANK OF AMERICA NA**<br>Acct: 6766 | 19,424.07 | 11,711.76 | 0.00 | 11,711.76 |
| BARCLAYS BANK DELAWARE<br>Acct: 2320 | 0.00 | 0.00 | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB&T(*)<br>Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 6519 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)++<br>Acct: 6896 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)++<br>Acct: 9142 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS BANK NA(*)<br>Acct: 2769 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS ONE AUTO FINANCE*<br>Acct: 7243 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEBBANK-FINGERHUT<br>Acct: 2377 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 3433 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIA CARD SERVICES<br>Acct: 7435 | 0.00 | 0.00 | 0.00 | 0.00 |
| GOLDEN VALLEY LENDING<br>Acct: 1517 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & RESOU<br>Acct: 0024 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & RESOU<br>Acct: 0124 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & RESOU<br>Acct: 9624 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & RESOU<br>Acct: 9724 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRANITE STATE MANAGEMENT & RESOU<br>Acct: 9824 | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYBANK++<br>Acct: 3547 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 8657 | 19,227.21 | 11,593.06 | 0.00 | 11,593.06 |
| DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-22992 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 4553 | | | | |
| | MONEY LION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9291 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 17,515.82 | 10,561.11 | 0.00 | 10,561.11 |
| | Acct: 1337 | | | | |
| | REGIONS BANK | 12,989.65 | 7,832.12 | 0.00 | 7,832.12 |
| | Acct: 2865 | | | | |
| | REGIONS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4855 | | | | |
| | REGIONS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6427 | | | | |
| | RISE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0124 | | | | |
| | SOFI LENDING CORP O/B/O SOFI CONSUM | 39,087.24 | 23,567.68 | 0.00 | 23,567.68 |
| | Acct: 3657 | | | | |
| | SUNTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3492 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,696.33 | 1,022.81 | 0.00 | 1,022.81 |
| | Acct: 4758 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4495 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 6,987.43 | 4,213.05 | 0.00 | 4,213.05 |
| | Acct: 9301 | | | | |
| | US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1061 | | | | |
| | US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1924 | | | | |
| | US BANCORP PORTFOLIO SVCS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9427 | | | | |
| | US BANK NA** | 22,710.41 | 13,693.26 | 0.00 | 13,693.26 |
| | Acct: 3997 | | | | |
| | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5111 | | | | |
| | WELLS FARGO AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9001 | | | | |
| | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9301 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST BANK PUERTO RICO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GENESIS RUIZ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 211,890.39 |

TOTAL PAID TO CREDITORS                                                                                                               251,338.74

```
TOTAL CLAIMED
PRIORITY                    0.00
SECURED                40,051.62
UNSECURED             310.296.34
```

Date: 07/27/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com