IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22992-CMB |
|    Randall W. Gentry, | : | |
|    Barbara H. Gentry, | : | Chapter 13 |
| | : | |
|       Debtors, | : | Related to Document No. |
| | : | |
| Alan R. Patterson III, Esq., | : | |
|       Movant, | : | |
| | : | |
|       v. | : | |
| | : | |
| NO RESPONDENT. | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Alan R. Patterson III, counsel for the Debtors in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

> Department of the Treasury
> Internal Revenue Service
> Cincinnati, OH  45999

Dated: August 13, 2021          Gross & Patterson, LLC

By:*/s/ Alan R. Patterson III*
Alan R. Patterson III, Esq.
Gross & Patterson, LLC
707 Grant Street, Ste 2340
Pittsburgh, PA 15219
(412) 553-0140
PA ID No. 79798
apattersonlaw@protonmail.com

**PAWB Local Form 30 (07/13)**