# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22992-CMB |
| Randall W. Gentry & | : | |
| Barbara H. Gentry | : | Chapter 7 |
|      Debtors | : | |
| | : | Document No. |
| Randall W. Gentry & | : | |
| Barbara H. Gentry, | : | |
|      Movants | : | |
|    v. | : | |
| | : | |
| No Respondent | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

*Specify reason for amendment*:  The Debtors are amending Schedule E to update creditors holding unsecured Priority Claims.

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)

\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_\_\_\_ Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
     Check one:
          \_\_\_\_\_ Creditor(s) added
          \_\_\_\_\_ NO creditor(s) added
          \_\_\_\_\_ Creditor(s) deleted
__X__ Schedule E - Creditors Holding Unsecured Priority Claims
     Check one:
          __X__ Creditor(s) added
          \_\_\_\_\_ NO creditor(s) added
          \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
     Check one:
          \_\_\_\_\_ Creditor(s) added
          \_\_\_\_\_ NO creditor(s) added
          \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
     Check one:
          \_\_\_\_\_ Creditor(s) added
          \_\_\_\_\_ NO creditor(s) added
          \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Pamela J. Wilson
810 Vermont Avenue
Pittsburgh, PA 15234

Department of the Treasury
Internal Revenue Service
Cincinnati, OH  45999

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Steven W. Albright, Bankruptcy Analyst
Office of the United States Trustee
Western District of Pennsylvania
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Randall W. Gentry
1400 Main Street
Apt. 466
Canonsburg, PA 15317

Barbara H. Gentry
10935 Bristol Bay Drive, Apt 202
Bradenton, FL 34209−7707

Dated: August 18, 2021

Gross & Patterson, LLC
By:/s/ Alan R. Patterson, III
Alan R. Patterson III
Attorney for the Debtors
Gross & Patterson, LLC
707 Grant Street, Suite 2340
Pittsburgh, PA 15219
412-553-0140
PA I.D. No. 79798
apattersonlaw@protonmail.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Randall W. Gentry | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Barbara H. Gentry | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION | | |
| Case number (if known) | 17-22992-CMB | | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | |
|---|---|
| **2.1**   **IRS** | Last 4 digits of account number _____   **$7,077.59**    **$7,077.59**    $0.00 |
| Priority Creditor's Name | |
| | When was the debt incurred?   08/16/2021 |
| PO Box 7346 | |
| Philadelphia, PA 19101-7346 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | ☐ Contingent |
| ☐ Debtor 1 only | ☐ Unliquidated |
| ☐ Debtor 2 only | ☐ Disputed |
| ■ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations |
| ☐ Check if this claim is for a  community debt | ■ Taxes and certain other debts you owe the government |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated |
| ■ No | ☐ Other. Specify _____ |
| ☐ Yes | |

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**                    Case number (if known)  **17-22992-CMB**

| 2.2 | **IRS** | | Last 4 digits of account number | | $12,234.61 | $12,234.61 | $0.00 |

Priority Creditor's Name

When was the debt incurred?  **10/18/2019**

PO Box 7346
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

**Part 2:  List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Ally Financial** | | Last 4 digits of account number | 5276 | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred?  **2014-02**

**200 Renaissance Ctr**
**Detroit, MI 48243-1300**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Installment account**

---

Debtor 1
Debtor 2   **Gentry, Randall W. & Gentry, Barbara H.**

Case number (if known)   **17-22992-CMB**

---

**4.2** | **American Express**
Nonpriority Creditor's Name

| Last 4 digits of account number | **5243** | $31,739.00 |

When was the debt incurred?   **1992-03**

PO Box 297871
**Fort Lauderdale, FL 33329-7871**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Open account**

---

**4.3** | **American Express**
Nonpriority Creditor's Name

| Last 4 digits of account number | **5653** | $0.00 |

When was the debt incurred?   **1992-08-20**

PO Box 297871
**Fort Lauderdale, FL 33329-7871**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Revolving account**

---

**4.4** | **Avant Inc**
Nonpriority Creditor's Name

| Last 4 digits of account number | **8728** | $20,360.00 |

When was the debt incurred?   **2015-09**

640 N La Salle Dr
**Chicago, IL 60654-3781**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Installment account**

---

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**

Case number (if known)   **17-22992-CMB**

---

| 4.5 | **Bank of America** | Last 4 digits of account number | 3888 | $33,226.00 |

Nonpriority Creditor's Name

When was the debt incurred?   **2005-11**

PO Box 982238
El Paso, TX 79998-2238
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a  community     ☐ Student loans
  debt
  Is the claim subject to offset?               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
                                               ■ Other. Specify   **Revolving account**

---

| 4.6 | **Bank of America** | Last 4 digits of account number | 6766 | $19,046.00 |

Nonpriority Creditor's Name

When was the debt incurred?   **2015-12**

PO Box 982238
El Paso, TX 79998-2238
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a  community     ☐ Student loans
  debt
  Is the claim subject to offset?               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
                                               ■ Other. Specify   **Revolving account**

---

| 4.7 | **Barclays Bank Delaware** | Last 4 digits of account number | 2320 | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred?   **2014-06**

PO Box 8803
Wilmington, DE 19899-8803
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
- ☐ Check if this claim is for a  community     ☐ Student loans
  debt
  Is the claim subject to offset?               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
                                               ■ Other. Specify   **Revolving account**

---

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**

Case number (if known)  **17-22992-CMB**

---

| 4.8 | **Bb&t** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number  **1001**

$0.00

PO Box 1847
**Wilson, NC 27894-1847**
Number Street City State Zip Code

When was the debt incurred?  **2009-09**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Installment account**

---

| 4.9 | **Chase Card** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number  **6519**

$15,617.00

PO Box 15298
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

When was the debt incurred?  **2014-09**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Revolving account**

---

| 4.10 | **Citicards Cbna** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number  **6896**

$9,987.00

PO Box 6241
**Sioux Falls, SD 57117-6241**
Number Street City State Zip Code

When was the debt incurred?  **2012-06**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Revolving account**

---

| Debtor 1 | Gentry, Randall W. & Gentry, Barbara H. | | Case number (if known) | 17-22992-CMB |
|---|---|---|---|---|
| Debtor 2 | | | | |

---

**4.11** **Citicards Cbna**
Nonpriority Creditor's Name

PO Box 6241
Sioux Falls, SD 57117-6241
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 9142

**When was the debt incurred?** 2010-12-31

$0.00

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Revolving account

---

**4.12** **Citizens Bank**
Nonpriority Creditor's Name

130 S Broad St
New Tazewell, TN 37825-7236
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 2769

**When was the debt incurred?** 2010-11

$0.00

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Installment account

---

**4.13** **Citizens One Auto Fin**
Nonpriority Creditor's Name

480 Jefferson Blvd
Warwick, RI 02886-1359
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 7243

**When was the debt incurred?** 2010-12

$0.00

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Installment account

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**                    Case number (if known)  **17-22992-CMB**

---

| 4.14 | **Dfs/webbank** | Last 4 digits of account number    **2377** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2008-11-30**

PO Box 81607
**Austin, TX 78708-1607**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Revolving account**

---

| 4.15 | **Discover Fin Svcs LLC** | Last 4 digits of account number    **3433** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2013-04**

PO Box 15316
**Wilmington, DE 19850-5316**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Revolving account**

---

| 4.16 | **Fia Cs** | Last 4 digits of account number    **7435** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **2007-07-06**

PO Box 982238
**El Paso, TX 79998-2238**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Revolving account**

---

Debtor 1  
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**                    Case number (if known)  **17-22992-CMB**

---

**4.17** | **Goldenvalley Lending** | Last 4 digits of account number **1517** | **$840.00**

Nonpriority Creditor's Name

When was the debt incurred? _____

**635 E State Highway 20**
**Upper Lake, CA 95485-8793**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.18** | **Granite State Manage** | Last 4 digits of account number **9924** | **$542.00**

Nonpriority Creditor's Name

When was the debt incurred? **1995-01**

**PO Box 3420**
**Concord, NH 03302-3420**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Student Loan**

---

**4.19** | **Granite State Manage** | Last 4 digits of account number **0024** | **$467.00**

Nonpriority Creditor's Name

When was the debt incurred? **1995-08**

**PO Box 3420**
**Concord, NH 03302-3420**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Student Loan**

---

| Debtor 1 | | | | |
| Debtor 2 | **Gentry, Randall W. & Gentry, Barbara H.** | | Case number (if known) | **17-22992-CMB** |

---

**4.20** | **Granite State Manage** | Last 4 digits of account number **0124** | **$287.00**

Nonpriority Creditor's Name

When was the debt incurred? **1996-05**

**PO Box 3420**
**Concord, NH 03302-3420**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

Student Loan

---

**4.21** | **Granite State Manage** | Last 4 digits of account number **9624** | **$140.00**

Nonpriority Creditor's Name

When was the debt incurred? **1995-01**

**PO Box 3420**
**Concord, NH 03302-3420**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

Student Loan

---

**4.22** | **Granite State Manage** | Last 4 digits of account number **9724** | **$97.00**

Nonpriority Creditor's Name

When was the debt incurred? **1995-08**

**PO Box 3420**
**Concord, NH 03302-3420**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt

■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify _____

Student Loan

---

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | Gentry, Randall W. & Gentry, Barbara H. | Case number (if known)  **17-22992-CMB** |

---

**4.23**  **Granite State Manage**
Nonpriority Creditor's Name

PO Box 3420
Concord, NH 03302-3420
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **9824**                    **$48.00**

When was the debt incurred?  **1996-05**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Student Loan

---

**4.24**  **Key Bank NA**
Nonpriority Creditor's Name

4910 Tiedeman Rd
Brooklyn, OH 44144-2338
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **3547**                    **$0.00**

When was the debt incurred?  **2006-05**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Installment account**

---

**4.25**  **Lendingclub Corporate**
Nonpriority Creditor's Name

71 Stevenson St
San Francisco, CA 94105-2934
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **8657**                    **$18,304.00**

When was the debt incurred?  **2015-07-03**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Installment account**

---

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | Gentry, Randall W. & Gentry, Barbara H. | Case number (if known)  17-22992-CMB |

**4.26**  **Macy's/dsnb**
Nonpriority Creditor's Name

PO Box 8218
Mason, OH 45040-8218
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **4553**                         **$296.00**

When was the debt incurred?  **2015-10**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Revolving account**

---

**4.27**  **Missouri Higher Educ**
Nonpriority Creditor's Name

633 Spirit Dr
Chesterfield, MO 63005-1243
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **0001**                         **$57,273.00**

When was the debt incurred?  **2015-12**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Student Loan**

---

**4.28**  **MoneyLion, Inc.**
Nonpriority Creditor's Name

PO Box 1547
Sandy, UT 84091-1547
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  **9291**                         **$1,263.77**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

Debtor 1
Debtor 2   **Gentry, Randall W. & Gentry, Barbara H.**    Case number (if known)   **17-22992-CMB**

---

| 4.29 | **Prosper Marketplace In** | Last 4 digits of account number | **1337** | $17,225.00 |

Nonpriority Creditor's Name

When was the debt incurred?    **2015-07**

**101 2nd St Fl 15**
**San Francisco, CA 94105-3672**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Uniliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Installment account**

---

| 4.30 | **Regions Bank** | Last 4 digits of account number | **2865** | $12,451.00 |

Nonpriority Creditor's Name

When was the debt incurred?    **2015-05**

**PO Box 11007**
**Birmingham, AL 35288-0001**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Uniliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Installment account**

---

| 4.31 | **Regions Bank** | Last 4 digits of account number | **4855** | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred?    **2007-07**

**1900 5th Ave N**
**Birmingham, AL 35203-2610**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Uniliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Revolving account**

---

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**                    Case number *(if known)*  **17-22992-CMB**

---

| 4.32 | **Regions Bank DBA Reg** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **6427**

When was the debt incurred?   **2002-07**

PO Box 110
**Hattiesburg, MS 39403-0110**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.33 | **Rise** | | $2,252.00 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **0124**

When was the debt incurred?   **2016-02-04**

4150 International Plz
**Fort Worth, TX 76109-4892**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Installment account**

---

| 4.34 | **Sallie Mae** | | $3,251.00 |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **7905**

When was the debt incurred?   **2015-12**

PO Box 3229
**Wilmington, DE 19804-0229**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Student Loan**

---

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**    Case number (if known)  **17-22992-CMB**

---

| 4.35 | **Sofi Lending Corp** | Last 4 digits of account number | **8551** | $38,572.00 |

Nonpriority Creditor's Name

When was the debt incurred?    **2015-10**

**375 Healdsburg Ave Ste 2**
**Healdsburg, CA 95448-4150**
Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Installment account**

---

| 4.36 | **Suntrust Bank** | Last 4 digits of account number | **3492** | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred?    **2006-07**

**700 E Hill Ave**
**Knoxville, TN 37997-6000**
Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

□ Debtor 1 only
□ Debtor 2 only
■ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.37 | **Syncb/ashley Homestore** | Last 4 digits of account number | **4758** | $1,840.00 |

Nonpriority Creditor's Name

When was the debt incurred?    **2016-05**

**950 Forrer Blvd**
**Kettering, OH 45420-1469**
Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

□ Debtor 1 only
■ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Revolving account**

---

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**                    Case number (if known)   **17-22992-CMB**

---

| 4.38 | **Syncb/dicks** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 965005**
**Orlando, FL 32896-5005**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4495**

When was the debt incurred?   **2012-11-11**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Revolving account**

---

| 4.39 | **Syncb/paypal Extras Mc** | | $6,804.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 965005**
**Orlando, FL 32896-5005**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9301**

When was the debt incurred?   **2013-06**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Revolving account**

---

| 4.40 | **U S Department of Ed** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 5609**
**Greenville, TX 75403-5609**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1061**

When was the debt incurred?   **1999-04**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**    Case number (if known)    **17-22992-CMB**

---

| 4.41 | **U S Department of Ed** | Last 4 digits of account number | **1924** | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred?  **1995-08-25**

**PO Box 5609**
**Greenville, TX 75403-5609**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
■ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ■ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ☐ Other. Specify _____

---

| 4.42 | **US Bancorp** | Last 4 digits of account number | **9427** | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred?  **2012-07**

**PO Box 5227**
**Cincinnati, OH 45201-5227**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Installment account**

---

| 4.43 | **US Bank** | Last 4 digits of account number | **3997** | $25,614.00 |

Nonpriority Creditor's Name

When was the debt incurred?  **2002-09**

**4325 17th Ave S**
**Fargo, ND 58125-6200**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community   ☐ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Revolving account**

---

Debtor 1
Debtor 2   **Gentry, Randall W. & Gentry, Barbara H.**

Case number (if known)    **17-22992-CMB**

---

**4.44**

**US Bank**
Nonpriority Creditor's Name

4325 17th Ave S
Fargo, ND 58125-6200
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **5111**

unknown

When was the debt incurred?    **2002-09**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Revolving account**

---

**4.45**

**Wells Fargo Auto Finan**
Nonpriority Creditor's Name

PO Box 29704
Phoenix, AZ 85038-9704
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **9001**

$0.00

When was the debt incurred?    **2012-11**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Installment account**

---

**4.46**

**Wells Fargo Bank Nv NA**
Nonpriority Creditor's Name

PO Box 94435
Albuquerque, NM 87199-4435
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **0001**

$0.00

When was the debt incurred?    **2013-03**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Installment account**

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**          Case number (if known)  **17-22992-CMB**

| 4.47 | **Wells Fargo na/dillards** | Last 4 digits of account number  **4696** | $0.00 |

Nonpriority Creditor's Name
**Credit Bureau DISPUTES**          When was the debt incurred?  **2013-09-13**
**PO Box 10347**
**Des Moines, IA 50306-0347**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community              ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Revolving account**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

6. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Amex**                            Line **4.2** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**Correspondence**                                                    ■ Part 2: Creditors with Nonpriority Unsecured Claims
**PO Box 981540**
**El Paso, TX 79998-1540**
                                    Last 4 digits of account number          **5243**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Amex**                            Line **4.3** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**Correspondence**                                                    ■ Part 2: Creditors with Nonpriority Unsecured Claims
**PO Box 981540**
**El Paso, TX 79998-1540**
                                    Last 4 digits of account number          **5653**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Avant Credit, Inc**               Line **4.4** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**640 N La Salle Dr Ste 535**                                         ■ Part 2: Creditors with Nonpriority Unsecured Claims
**Chicago, IL 60654-3731**
                                    Last 4 digits of account number          **8728**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Bank of America**                 Line **4.5** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**NC4-105-03-14**                                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims
**PO Box 26012**
**Greensboro, NC 27420-6012**
                                    Last 4 digits of account number          **3888**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Bank of America**                 Line **4.6** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**NC4-105-03-14**                                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims
**PO Box 26012**
**Greensboro, NC 27420-6012**
                                    Last 4 digits of account number          **6766**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Barclays Bank Delaware**          Line **4.7** of (Check one):      ☐ Part 1: Creditors with Priority Unsecured Claims
**100 S West St**                                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims
**Wilmington, DE 19801-5015**
                                    Last 4 digits of account number          **2320**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| | |
|---|---|
| Debtor 1<br>Debtor 2  Gentry, Randall W. & Gentry, Barbara H. | Case number (if known)  **17-22992-CMB** |

**Chase Card**
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850-5298

Line **4.9** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6519**

---

Name and Address
**Citibank**
Citicorp Cr Srvs/Centralized
Bankruptcy
PO Box 790040S
Louis, MO 63129

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9142**

---

Name and Address
**Citicards Cbna**
Citicorp Credit Svc/Centralized
Bankrupt
PO Box 790040
Saint Louis, MO 63179-0040

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6896**

---

Name and Address
**Citizens Bank**
Attn: Bankruptcy
443 Jefferson Blvd MSC RJW-135
Warwick, RI 02886

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7243**

---

Name and Address
**Dell Financial Services**
Attn: Bankruptcy
PO Box 81577
Austin, TX 78708-1577

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2377**

---

Name and Address
**Dillards Card Srvs/Wells Fargo**
Bank NA
PO Box 10347
Des Moines, IA 50306-0347

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4696**

---

Name and Address
**Discover Financial**
PO Box 3025
New Albany, OH 43054-3025

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3433**

---

Name and Address
**First Bank Puerto Rico**
Attn: Bankruptcy
9795 S Dixie Hwy
Pinecrest, FL 33156-2806

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7435**

---

Name and Address
**Lending Club Corp**
71 Stevenson St Ste 300
San Francisco, CA 94105-2985

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8657**

---

Name and Address
**MOHELA**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1
Debtor 2   **Gentry, Randall W. & Gentry, Barbara H.**       Case number (if known)    **17-22992-CMB**

| | |
|---|---|
| | Last 4 digits of account number     **0001** |

Name and Address
**Navient**
**Attn: Claims Dept**
**PO Box 9500**
**Wilkes Barre, PA 18773-9500**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.34** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **7905**

Name and Address
**New Hampshire Higher Ed/Granite State Mg**
**Attn: Bnakruptcy**
**4 Barrell Ct**
**Concord, NH 03301-8543**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9924**

Name and Address
**New Hampshire Higher Ed/Granite State Mg**
**Attn: Bnakruptcy**
**4 Barrell Ct**
**Concord, NH 03301-8543**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **0024**

Name and Address
**New Hampshire Higher Ed/Granite State Mg**
**Attn: Bnakruptcy**
**4 Barrell Ct**
**Concord, NH 03301-8543**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **0124**

Name and Address
**New Hampshire Higher Ed/Granite State Mg**
**Attn: Bnakruptcy**
**4 Barrell Ct**
**Concord, NH 03301-8543**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9624**

Name and Address
**New Hampshire Higher Ed/Granite State Mg**
**Attn: Bnakruptcy**
**4 Barrell Ct**
**Concord, NH 03301-8543**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9724**

Name and Address
**New Hampshire Higher Ed/Granite State Mg**
**Attn: Bnakruptcy**
**4 Barrell Ct**
**Concord, NH 03301-8543**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9824**

Name and Address
**Prosper Marketplace Inc**
**PO Box 396081**
**San Francisco, CA 94139-6081**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.29** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **1337**

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

| Debtor 1 | Gentry, Randall W. & Gentry, Barbara H. | Case number (if known) | **17-22992-CMB** |
|---|---|---|---|
| Debtor 2 | | | |

---

**Regions Bankcard**
**Attn: Bankruptcy**
**1900 5th Ave N # 300**
**Birmingham, AL 35203-2610**

Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    4855

---

Name and Address
**Regions Mortgage**
**Bankruptcy**
**PO Box 18001**
**Hattiesburg, MS 39404-8001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.32** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    6427

---

Name and Address
**Rise Credit**
**Customer Support**
**PO Box 101808**
**Fort Worth, TX 76185-1808**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    0124

---

Name and Address
**Sofi Lending Corp**
**375 Healdsburg Ave Ste 280**
**Healdsburg, CA 95448-4151**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.35** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    8551

---

Name and Address
**Suntrust Bk**
**Attn:Bankruptcy Dept**
**PO Box 85092**
**Richmond, VA 23285-5092**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.36** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    3492

---

Name and Address
**Syncb/Ashley Homestore**
**PO Box 965064**
**Orlando, FL 32896-5064**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.37** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    4758

---

Name and Address
**Synchrony Bank/Care Credit**
**Attn: Bankruptcy**
**PO Box 956060**
**Orlando, FL 32896-5060**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    4495

---

Name and Address
**Synchrony Bank/Gap**
**Attn: Bankruptcy**
**PO Box 956060**
**Orlando, FL 32896-5060**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    9301

---

Name and Address
**US Bank**
**Attn: Bankruptcy**
**PO Box 5229**
**Cincinnati, OH 45201-5229**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    9427

---

Name and Address
**US Bank/Rms Cc**
**Card Member Services**
**PO Box 108**
**Saint Louis, MO 63166-0108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.43** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    3997

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1  Gentry, Randall W. & Gentry, Barbara H.

Debtor 2

Case number (if known)  **17-22992-CMB**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **US Bank/Rms Cc**<br>**Card Member Services**<br>**PO Box 108**<br>**Saint Louis, MO 63166-0108** | Line **4.44** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>5111 |
| **US Dept of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116-0448** | Line **4.40** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>1061 |
| **US Dept of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116-0448** | Line **4.41** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>1924 |
| **Visa Dept Store National**<br>**Bank/Macy's**<br>**Attn: Bankruptcy**<br>**PO Box 8053**<br>**Mason, OH 45040-8053** | Line **4.26** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>4553 |
| **Wells Fargo Auto Finance**<br>**Attn: Bankruptcy**<br>**PO Box 29704**<br>**Phoenix, AZ 85038-9704** | Line **4.45** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>9001 |
| **Wells Fargo Bank**<br>**Attn: Bankruptcy**<br>**PO Box 94435**<br>**Albuquerque, NM 87199-4435** | Line **4.46** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>0001 |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| Total claims from Part 1 | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 19,312.20 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 19,312.20 |

| | | | | Total Claim |
|---|---|---|---|---|
| | 6f. | Student loans | 6f. | $ 61,638.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 255,903.77 |

| Debtor 1 | Gentry, Randall W. & Gentry, Barbara H. | | Case number (if known) | 17-22992-CMB |
| Debtor 2 | | | | |

| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 317,541.77 |