IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
    Randall W. Gentry &
    Barbara H. Gentry
        Debtors

Randall W. Gentry &
Barbara H. Gentry,
        Movants
    v.

No Respondent

: Bankruptcy No. 17-22992-CMB
:
: Chapter 7
:
: Document No.
:
:
:
:
:
:

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

*Specify reason for amendment*: The Debtors are amending Schedule B to include an asset and amending Schedule C to update exemptions as reflected in the changes in Schedule B. Additionally, Debtors are amending Schedules I & J to reflect their current income and expenses.

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
__X__ Schedule B - Personal Property
__X__ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
    Check one:
        _____ Creditor(s) added
        _____ NO creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
        _____ Creditor(s) added
        _____ NO creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
        _____ Creditor(s) added
        _____ NO creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
    Check one:
        _____ Creditor(s) added
        _____ NO creditor(s) added
        _____ Creditor(s) deleted
_____ Schedule H - Codebtors
__X__ Schedule I - Current Income of Individual Debtor(s)
__X__ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

| | |
|---|---|
| Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234 | Steven W. Albright, Bankruptcy Analyst<br>Office of the United States Trustee<br>Western District of Pennsylvania<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 |
| U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Randall W. Gentry<br>1400 Main Street<br>Apt. 466<br>Canonsburg, PA 15317 |
| | Barbara H. Gentry<br>10935 Bristol Bay Drive, Apt 202<br>Bradenton, FL 34209-7707 |

Dated: August 18, 2021

        Gross & Patterson, LLC
By:/s/ Alan R. Patterson, III
        Alan R. Patterson III
        Attorney for the Debtors
        Gross & Patterson, LLC
        707 Grant Street, Suite 2340
        Pittsburgh, PA 15219
        412-553-0140
        PA I.D. No. 79798
        apattersonlaw@protonmail.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case and this filing:**

Debtor 1: Randall W. Gentry

Debtor 2 (Spouse, if filing): Barbara H. Gentry

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

Case number: 17-22992-CMB

☒ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☒ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☒ Yes

   3.1 Make: Toyota
   Model: Prius
   Year: 2015
   Approximate mileage: 29000
   Other information:

   Who has an interest in the property? Check one
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Current value of the entire property? $17,005.00
   Current value of the portion you own? $0.00

   3.2 Make: Toyota
   Model: Prius
   Year: 2015
   Approximate mileage: 26000
   Other information:

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☒ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Current value of the entire property? $13,070.00
   Current value of the portion you own? $0.00

Debtor 1
Debtor 2  Gentry, Randall W. & Gentry, Barbara H.          Case number *(if known)* 17-22992-CMB

3.3  Make: **Mitsubishi**
Model: **Eclipse**
Year: **2011**
Approximate mileage: **70000**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$8,289.00    $0.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1  Make: **Coachman**
Model: **Leprachaun**
Year: **2012**
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$45,000.00    $45,000.00

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>    $45,000.00

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Household Goods | $900.00 |
| Household Goods | $800.00 |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....:

| Used Apple MacBook, Mac Book Pro, 2 used I-Phones | $800.00 |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| 2 pieces of art by local artist | $400.00 |

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | Gentry, Randall W. & Gentry, Barbara H. | Case number *(if known)* | 17-22992-CMB |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.....

| Used clothing in possession of both Debtors | $1,500.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe.....

| Wedding band, costume jewelry, FitBit Watch | $300.00 |
|---|---|
| Wedding Band | $200.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................**  $4,900.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes.............................................................................................................

Cash On Hand    $50.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes.....................    Institution name:

| 17.1. | Checking Account | PNC Bank xxx xxx 6834 | $2,311.00 |
|---|---|---|---|

Official Form 106A/B    Schedule A/B: Property    page 3

| Debtor 1 | | | | |
|---|---|---|---|---|
| Debtor 2 | Gentry, Randall W. & Gentry, Barbara H. | | Case number (if known) | 17-22992-CMB |

| | | | | |
|---|---|---|---|---|
| | 17.2. | Checking Account | Regions Acct xxx xxx 1701 | $3,325.00 |
| | 17.3. | Savings Account | Regions Acct xxx xxx 9804 | $520.00 |
| | 17.4. | Checking Account | Bank of America xxx xxx 7641 | $0.00 |
| | 17.5. | Checking Account | PNC Growth Account xxx xxx 6869 | $0.00 |
| | 17.6. | Checking Account | PNC Reserve Account xxx xxx 6842 | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
         Name of entity:                                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Retirement Account** | **Thrift Savings Plan** | $3,094.17 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ..................... Institution name or individual:

| | | |
|---|---|---|
| **Security Deposit on Rental Unit** | **1400 Main Apartments** | $2,311.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☐ No
    ■ Yes............ Issuer name and description.

| | |
|---|---|
| **TIAA-Credit Retirement Annuity** | $4,300.00 |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | Gentry, Randall W. & Gentry, Barbara H. | Case number *(if known)* 17-22992-CMB |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term Life Policy thorugh employer, Ringling College of Art and Design, 1 times salary | Husband | $0.00 |
| Federal Employee Life Insurance, Term Policy - 5 times annual salary | Wife | $0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No

Debtor 1  
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**    Case number *(if known)* **17-22992-CMB**

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**  $15,911.17

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes. Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
■ No
☐ Yes. Describe.....

**39. Office equipment, furnishings, and supplies**
  *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes. Describe.....

| Printer - HP | $50.00 |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes. Describe.....

**41. Inventory**
■ No
☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
■ No
☐ Yes. Give specific information about them...................
  Name of entity:          % of ownership:

**43. Customer lists, mailing lists, or other compilations**
■ No.
☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

  ■ No
  ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | Gentry, Randall W. & Gentry, Barbara H. | Case number *(if known)* | 17-22992-CMB |

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................. **$50.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest In That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ................................... **$0.00**

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 ................................................................................... | | | $0.00 |
| 56. Part 2: Total vehicles, line 5 | $45,000.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $4,900.00 | | |
| 58. Part 4: Total financial assets, line 36 | $15,911.17 | | |
| 59. Part 5: Total business-related property, line 45 | $50.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54  + | $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | $65,861.17 | Copy personal property total | $65,861.17 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $65,861.17 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Randall W. Gentry | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Barbara H. Gentry | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

Case number (if known): 17-22992-CMB

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household Goods**<br>Line from *Schedule A/B*: 6.1 | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Household Goods**<br>Line from *Schedule A/B*: 6.2 | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Used Apple MacBook, Mac Book Pro, 2 used I-Phones**<br>Line from *Schedule A/B*: 7.1 | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **2 pieces of art by local artist**<br>Line from *Schedule A/B*: 8.1 | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Used clothing in possession of both Debtors**<br>Line from *Schedule A/B*: 11.1 | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 3

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**          Case number (if known) **17-22992-CMB**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding band, costume jewelry, FitBit Watch**<br>Line from Schedule A/B: **12.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| **Wedding Band**<br>Line from Schedule A/B: **12.2** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| **Cash On Hand**<br>Line from Schedule A/B: **16.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **PNC Bank xxx xxx 6834**<br>Line from Schedule A/B: **17.1** | $2,311.00 | ■ $2,311.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Regions Acct xxx xxx 1701**<br>Line from Schedule A/B: **17.2** | $3,325.00 | ■ $3,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Regions Acct xxx xxx 9804**<br>Line from Schedule A/B: **17.3** | $520.00 | ■ $520.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Thrift Savings Plan**<br>Line from Schedule A/B: **21.1** | $3,094.17 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| **TIAA-Credit Retirement Annuity**<br>Line from Schedule A/B: **23.1** | $4,300.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(10)(E) |
| **Term Life Policy thorugh employer, Ringling College of Art and Design, 1 times salary**<br>Line from Schedule A/B: **31.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(7) |
| **Federal Employee Life Insurance, Term Policy - 5 times annual salary**<br>Line from Schedule A/B: **31.2** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(7) |
| **Printer - HP**<br>Line from Schedule A/B: **39.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

| Debtor 1 | Gentry, Randall W. & Gentry, Barbara H. | Case number (if known) | 17-22992-CMB |
|---|---|---|---|
| Debtor 2 | | | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1: Randall W. Gentry

Debtor 2: Barbara H. Gentry
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

Case number (If known): 17-22992-CMB

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
   | Occupation | | Education Consultant |
   | Employer's name | | Ringling College of Art and Design |
   | Employer's address | | 2700 N Tamiami Trl<br>Sarasota, FL 34234-5812 |
   | How long employed there? | | 5 years |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 5,083.32 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 0.00 | $ 5,083.32 |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1  
Debtor 2  Gentry, Randall W. & Gentry, Barbara H.                    Case number (if known) 17-22992-CMB

|     |     |     | For Debtor 1 | For Debtor 2 or non-filing spouse |
|-----|-----|-----|---|---|
|     | Copy line 4 here | 4. | $ 0.00 | $ 5,083.32 |
| 5.  | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 801.67 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: Vision Pre Tax | 5h.+ | $ 0.00 + | $ 1.02 |
|     | TiAA-Cref |  | $ 0.00 | $ 254.16 |
|     | Health Insurance |  | $ 0.00 | $ 53.16 |
|     | Vision Pre-tax |  | $ 0.00 | $ 5.10 |
| 6.  | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 1,115.11 |
| 7.  | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 3,968.21 |
| 8.  | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ 0.00 |
| 9.  | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 3,968.21 = | $ 3,968.21 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11.  +$  0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.   12.  $ 3,968.21
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
  ■ No.
  ☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1: Randall W. Gentry

Debtor 2 (Spouse, if filing): Barbara H. Gentry

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

Case number (If known): 17-22992-CMB

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   - ☐ No. Go to line 2.
   - ■ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ■ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ■ No
   Do not list Debtor 1 and Debtor 2.   ☐ Yes    Fill out this information for each dependent............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 1,655.00

   If not included in line 4:
   - 4a. Real estate taxes   4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance   4b. $ 17.00
   - 4c. Home maintenance, repair, and upkeep expenses   4c. $ 0.00
   - 4d. Homeowner's association or condominium dues   4d. $ 0.00

5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J        Schedule J: Your Expenses        page 1

Debtor 1
Debtor 2  Gentry, Randall W. & Gentry, Barbara H.                    Case number (if known)  17-22992-CMB

6. Utilities:
   6a. Electricity, heat, natural gas                                 6a. $        88.00
   6b. Water, sewer, garbage collection                               6b. $         0.00
   6c. Telephone, cell phone, Internet, satellite, and cable services 6c. $         0.00
   6d. Other. Specify:  **Cell Phone for Both Debtors**               6d. $       355.00
7. Food and housekeeping supplies                                     7.  $       225.00
8. Childcare and children's education costs                           8.  $         0.00
9. Clothing, laundry, and dry cleaning                                9.  $       150.00
10. Personal care products and services                               10. $        95.00
11. Medical and dental expenses                                       11. $       135.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                      12. $       255.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books 13. $        0.00
14. Charitable contributions and religious donations                  14. $         0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                               15a. $        0.00
    15b. Health insurance                                             15b. $        0.00
    15c. Vehicle insurance                                            15c. $        0.00
    15d. Other insurance. Specify:                                    15d. $        0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                          16. $         0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                   17a. $        0.00
    17b. Car payments for Vehicle 2                                   17b. $        0.00
    17c. Other. Specify:                                              17c. $        0.00
    17d. Other. Specify:                                              17d. $        0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). 18. $   0.00
19. Other payments you make to support others who do not live with you.
    Specify:                                                          19. $         0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property                                  20a. $        0.00
    20b. Real estate taxes                                            20b. $        0.00
    20c. Property, homeowner's, or renter's insurance                 20c. $        0.00
    20d. Maintenance, repair, and upkeep expenses                     20d. $        0.00
    20e. Homeowner's association or condominium dues                  20e. $        0.00
21. Other: Specify:  **Hair cuts**                                    21. +$       20.00
22. Calculate your monthly expenses
    22a. Add lines 4 through 21.                                      $        2,995.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $  3,384.00
    22c. Add line 22a and 22b. The result is your monthly expenses.   $        6,379.00
23. Calculate your monthly net income.
    23a. Copy line 12 *(your combined monthly income)* from Schedule I. 23a. $   3,968.21
    23b. Copy your monthly expenses from line 22c above.              23b. -$      6,379.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                     23c. $      -2,410.79

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.   Explain here:

Official Form 106J                    Schedule J: Your Expenses                    page 2

| Debtor 1 | Gentry, Randall W. & Gentry, Barbara H. | Case number (if known) | 17-22992-CMB |
|---|---|---|---|
| Debtor 2 | | | |

**Fill in this information to identify your case:**

Debtor 1: Randall W. Gentry

Debtor 2 (Spouse, if filing): Barbara H. Gentry

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

Case number (If known): 17-22992-CMB

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐

## Official Form 106J-2
## Schedule J-2: Your Expenses for Separate Household of Debtor 2    12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. Do you and Debtor 1 maintain separate households?
   ☐ No. Do not complete this form.
   ■ Yes

2. Do you have dependents?  ■ No
   ☐ Yes.

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.
   Do not state the dependents names.

   | Fill out this information for each dependent | Dependent's relationship to Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|
   | · | | | ☐ No ☐ Yes |
   | · | | | ☐ No ☐ Yes |
   | · | | | ☐ No ☐ Yes |
   | · | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ■ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 1,400.00

   If not included in line 4:

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 19.00

Official Form 106J        Schedule J: Your Expenses        page 3

Debtor 1
Debtor 2  **Gentry, Randall W. & Gentry, Barbara H.**          Case number (if known)  **17-22992-CMB**

| | | | |
|---|---|---|---|
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 75.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 150.00 |
| 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 300.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 150.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 225.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 265.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 350.00 |
| 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: | 17c. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other: Specify:** Haircuts | 21. +$ | 50.00 |
| 22. | **Your monthly expenses.** Add lines 5 through 21. The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the total expenses for Debtor 1 and Debtor 2. | $ | 3,384.00 |

23. Line not used on this form.
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.  [Explain here:                                                                                          ]