| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Randall W. Gentry** | Social Security number or ITIN  xxx–xx–3657 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Barbara H. Gentry** | Social Security number or ITIN  xxx–xx–4718 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17–22992–CMB | | |

# Order of Discharge        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randall W. Gentry                                Barbara H. Gentry

10/20/21                                **By the court:** Carlota M. Bohm
                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22992-CMB |
| Randall W. Gentry | Chapter 7 |
| Barbara H. Gentry | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 6 |
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 111 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randall W. Gentry, 1400 Main Street, Apt. 466, Canonsburg, PA 15317-6827 |
| jdb | | Barbara H. Gentry, 10935 Bristol Bay Drive, Apt 202, Bradenton, FL 34209-7707 |
| 14664662 | | 1400 Main at Southpointe, 1400 Main St, Canonsburg, PA 15317-6800 |
| 14719281 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14692283 | + | CarMax Business Services LLC, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 14664674 | + | Carmax Auto Finance, 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238-1124 |
| 14664675 | | Carmax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 14664678 | | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040S, Louis, MO 63129 |
| 14664681 | + | Citizens Bank, 130 S Broad St, New Tazewell, TN 37825-7507 |
| 15396336 | + | Faith United Methodist Church Tithe, 7215 1st Avenue W., Bradenton, FL 34209-2211 |
| 14664690 | | First Bank Puerto Rico, Attn: Bankruptcy, 9795 S Dixie Hwy, Pinecrest, FL 33156-2806 |
| 15396335 | | Florida Blue Preferred Health Ins, PO Box 1798, Jacksonville, FL 32231-0014 |
| 15396333 | + | Geico Renters, Geico Corp, 4295 Ocmulgee East Blvd, Macon, GA 31295-0002 |
| 14678323 | | Genesis Ruiz, Property Manager, 11001 Bristol Bay Dr, Bradenton, FL 34209-7900 |
| 14678324 | | Goldenvalley Lending, 635 E State Highway 20, Upper Lake, CA 95485-8793 |
| 14664691 | | Granite State Management & Resources, PO Box 3420, Concord, NH 03302-3420 |
| 14729797 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14664696 | | M&T Credit Services, 1100 Worley Dr, Williamsville, NY 14221 |
| 14664699 | | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14666634 | + | MOHELA on behalf of SoFi, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14664698 | | Missouri Higher Educ, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14664700 | | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14664702 | | New Hampshire Higher Ed/Granite State Mg, Attn: Bnakruptcy, 4 Barrell Ct, Concord, NH 03301-8543 |
| 14664707 | | Regions Bank DBA Reg, PO Box 110, Hattiesburg, MS 39403-0110 |
| 14730481 | | Sallie Mae, P.O. Box 3319x, Wilmington, DE 19804-4319 |
| 14664713 | | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 14664714 | | Sofi Lending Corp, 375 Healdsburg Ave Ste 2, Healdsburg, CA 95448-4150 |
| 15396332 | + | Spectrum Internet, 5413 E State Rd 64, Bradenton, FL 34208-5535 |
| 15396340 | + | SquareSpace, 459 Broadway, New York, NY 10013-3001 |
| 14685751 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15396337 | + | Verizon Wireless, PO Box 16810, Newark, NJ 07101-6810 |
| 15396341 | + | WQED, 4802 5th Avenue, Pittsburgh, PA 15213-2957 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Oct 21 2021 02:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 22:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Oct 21 2021 02:58:00 | Pennsylvania Dept. of Revenue, Department |

Case 17-22992-CMB    Doc 83    Filed 10/22/21    Entered 10/23/21 00:29:17    Desc Imaged
                               Certificate of Notice    Page 4 of 8
District/off: 0315-2                           User: dkam                                   Page 2 of 6
Date Rcvd: Oct 20, 2021                        Form ID: 318                                 Total Noticed: 111

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 22:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14664663 | EDI: GMACFS.COM | Oct 21 2021 02:58:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14664664 | EDI: AMEREXPR.COM | Oct 21 2021 02:58:00 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14703794 | EDI: BECKLEE.COM | Oct 21 2021 02:58:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14664665 | EDI: AMEREXPR.COM | Oct 21 2021 02:58:00 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14664666 | Email/Text: bk@avant.com | Oct 20 2021 22:56:00 | Avant Credit, Inc, 640 N La Salle Dr Ste 535, Chicago, IL 60654-3731 |
| 14664667 | Email/Text: bk@avant.com | Oct 20 2021 22:56:00 | Avant Inc, 640 N La Salle Dr, Chicago, IL 60654-3781 |
| 14664668 | EDI: BANKAMER.COM | Oct 21 2021 02:58:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14664673 | Email/Text: bankruptcy@bbandt.com | Oct 20 2021 22:56:00 | Bb&t, PO Box 1847, Wilson, NC 27894-1847 |
| 14664669 | EDI: BANKAMER.COM | Oct 21 2021 02:58:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 14664670 | EDI: BANKAMER.COM | Oct 21 2021 02:58:00 | Bank of America, N.A, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14664671 | EDI: TSYS2.COM | Oct 21 2021 02:58:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14664672 | EDI: TSYS2.COM | Oct 21 2021 02:58:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14664682 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2021 22:56:00 | Citizens Bank, Attn: Bankruptcy, 443 Jefferson Blvd MSC RJW-135, Warwick, RI 02886 |
| 14664680 | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citicards Cbna, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14664679 | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14664683 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2021 22:56:00 | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14664684 | Email/PDF: DellBKNotifications@resurgent.com | Oct 20 2021 23:04:10 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 14664733 | + EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 14664697 | + EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Macy's/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 14664685 | Email/PDF: DellBKNotifications@resurgent.com | Oct 20 2021 23:04:10 | Dfs/webbank, PO Box 81607, Austin, TX 78708-1607 |
| 14664686 | EDI: WFFC.COM | Oct 21 2021 02:58:00 | Dillards Card Srvs/Wells Fargo Bank NA, PO Box 10347, Des Moines, IA 50306-0347 |
| 14664687 | EDI: DISCOVER.COM | Oct 21 2021 02:58:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |

Case 17-22992-CMB   Doc 83   Filed 10/22/21   Entered 10/23/21 00:29:17   Desc Imaged
Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: dkam | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 111 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14664688 | EDI: DISCOVER.COM | Oct 21 2021 02:58:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14664689 | EDI: BANKAMER.COM | Oct 21 2021 02:58:00 | Fia Cs, PO Box 982238, El Paso, TX 79998-2238 |
| 15396331 | Email/Text: Bankruptcy@fpl.com | Oct 20 2021 22:56:00 | Florida Power & Light, General Mail Facility, Miami, FL 33188-0001 |
| 15402498 | EDI: IRS.COM | Oct 21 2021 02:58:00 | Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 14715524 | EDI: JEFFERSONCAP.COM | Oct 21 2021 02:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14664676 | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14664677 | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14664692 | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 20 2021 22:56:00 | Key Bank NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14747509 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 23:04:10 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14748038 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 23:04:23 | LVNV Funding, LLC its successors and assigns as, assignee of Prime Meridian Income Fund, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14664693 | Email/Text: bk@lendingclub.com | Oct 20 2021 22:56:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 14664694 | Email/Text: bk@lendingclub.com | Oct 20 2021 22:56:00 | Lendingclub Corporate, 71 Stevenson St, San Francisco, CA 94105-2934 |
| 14664695 | Email/Text: camanagement@mtb.com | Oct 20 2021 22:56:00 | M&T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 14678325 | Email/Text: bankruptcy@moneylion.com | Oct 20 2021 22:56:00 | MoneyLion, Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 14664701 | EDI: NAVIENTFKASMSERV.COM | Oct 21 2021 02:58:00 | Navient, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14665353 + | EDI: RECOVERYCORP.COM | Oct 21 2021 02:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14664703 | Email/Text: bankruptcy@prosper.com | Oct 20 2021 22:56:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 14664704 | Email/Text: bankruptcy@prosper.com | Oct 20 2021 22:56:00 | Prosper Marketplace Inc, PO Box 396081, San Francisco, CA 94139-6081 |
| 14744409 | EDI: Q3G.COM | Oct 21 2021 02:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14717445 | Email/Text: newbk@Regions.com | Oct 20 2021 22:56:00 | Regions Bank, Consumer Collections BH40402B, P. O. Box 10063, Birmingham, AL 35202-0063 |
| 14664705 | Email/Text: newbk@Regions.com | Oct 20 2021 22:56:00 | Regions Bank, PO Box 11007, Birmingham, AL 35288-0001 |
| 14664706 + | Email/Text: newbk@Regions.com | Oct 20 2021 22:56:00 | Regions Bank, 1900 5th Ave N, Birmingham, AL 35203-2670 |
| 14664708 | Email/Text: newbk@Regions.com | Oct 20 2021 22:56:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N # 300, Birmingham, AL 35203-2610 |
| 14664709 | Email/Text: mtg.bankruptcy@regions.com | Oct 20 2021 22:56:00 | Regions Mortgage, Bankruptcy, PO Box 18001, Hattiesburg, MS 39404-8001 |

Case 17-22992-CMB    Doc 83    Filed 10/22/21    Entered 10/23/21 00:29:17    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: dkam | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 111 |

| | | | | |
|---|---|---|---|---|
| 14664710 | + | EDI: PHINELEVATE | Oct 21 2021 03:03:00 | Rise, 4150 International Plz, Fort Worth, TX 76109-4819 |
| 14664711 | | EDI: PHINELEVATE | Oct 21 2021 03:03:00 | Rise Credit, Customer Support, PO Box 101808, Fort Worth, TX 76185-1808 |
| 14730508 | | EDI: SALLIEMAEBANK.COM | Oct 21 2021 03:03:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14664712 | | EDI: SALLIEMAEBANK.COM | Oct 21 2021 03:03:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 14748998 | + | Email/Text: specialservicing@sofi.com | Oct 20 2021 22:56:00 | SoFi Lending Corp, One Letterman De Bldg A Ste 4700, San Francisco, CA 94129-1512 |
| 14664715 | | EDI: STF1.COM | Oct 21 2021 02:58:00 | Suntrust Bank, 700 E Hill Ave, Knoxville, TN 37997-6000 |
| 14664716 | | EDI: STF1.COM | Oct 21 2021 02:58:00 | Suntrust Bk, Attn:Bankruptcy Dept, PO Box 85092, Richmond, VA 23285-5092 |
| 14664717 | | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/Ashley Homestore, PO Box 965064, Orlando, FL 32896-5064 |
| 14664718 | | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14664719 | | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/dicks, PO Box 965005, Orlando, FL 32896-5005 |
| 14664720 | | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 14664721 | | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 14664722 | | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 14664723 | | EDI: TFSR.COM | Oct 21 2021 02:58:00 | Toyota Financial Services, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14664726 | | EDI: TFSR.COM | Oct 21 2021 02:58:00 | Toyota Motor Credit Corp, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14664724 | | EDI: TFSR.COM | Oct 21 2021 02:58:00 | Toyota Motor Credit, 1111 W 22nd St Ste 420, Oak Brook, IL 60523-1959 |
| 14664725 | | EDI: TFSR.COM | Oct 21 2021 02:58:00 | Toyota Motor Credit Co, 810 Crescent Centre Dr, Franklin, TN 37067-6222 |
| 14664727 | | EDI: ECMC.COM | Oct 21 2021 02:58:00 | U S Department of Ed, PO Box 5609, Greenville, TX 75403-5609 |
| 14740920 | | EDI: USBANKARS.COM | Oct 21 2021 02:58:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14664728 | | EDI: USBANKARS.COM | Oct 21 2021 02:58:00 | US Bancorp, PO Box 5227, Cincinnati, OH 45201-5227 |
| 14664729 | | EDI: USBANKARS.COM | Oct 21 2021 02:58:00 | US Bank, 4325 17th Ave S, Fargo, ND 58125-6200 |
| 14664730 | | EDI: USBANKARS.COM | Oct 21 2021 02:58:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 14664731 | | EDI: USBANKARS.COM | Oct 21 2021 02:58:00 | US Bank/Rms Cc, Card Member Services, PO Box 108, Saint Louis, MO 63166-0108 |
| 14664732 | | EDI: ECMC.COM | Oct 21 2021 02:58:00 | US Dept of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14664734 | | EDI: WFFC.COM | | |

|  |  |  | Oct 21 2021 02:58:00 | Wells Fargo Auto Finan, PO Box 29704, Phoenix, AZ 85038-9704 |
| --- | --- | --- | --- | --- |
| 14664735 |  | EDI: WFFC.COM |  |  |
|  |  |  | Oct 21 2021 02:58:00 | Wells Fargo Auto Finance, Attn: Bankruptcy, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14664736 |  | EDI: WFFC.COM |  |  |
|  |  |  | Oct 21 2021 02:58:00 | Wells Fargo Bank, Attn: Bankruptcy, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14664737 |  | EDI: WFFC.COM |  |  |
|  |  |  | Oct 21 2021 02:58:00 | Wells Fargo Bank Nv NA, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14664738 |  | EDI: WFFC.COM |  |  |
|  |  |  | Oct 21 2021 02:58:00 | Wells Fargo na/dillards, Credit Bureau DISPUTES, PO Box 10347, Des Moines, IA 50306-0347 |
| 15396338 | + | Email/Text: bankruptcy@firstenergycorp.com |  |  |
|  |  |  | Oct 20 2021 22:56:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15396339 |  | EDI: COMCASTCBLCENT |  |  |
|  |  |  | Oct 21 2021 02:58:00 | Xfinity, Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 81

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15403599 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14686755 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021             Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Alan R. Patterson, III | on behalf of Debtor Randall W. Gentry apattersonlaw@protonmail.com andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com |
| Alan R. Patterson, III | on behalf of Joint Debtor Barbara H. Gentry apattersonlaw@protonmail.com andrewmgross@aol.com;grossandpatterson@gmail.com;abb76@pitt.edu;G2433@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Office of the United States Trustee | |

District/off: 0315-2 User: dkam Page 6 of 6
Date Rcvd: Oct 20, 2021 Form ID: 318 Total Noticed: 111

       ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
       pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

TOTAL: 5